# EXHIBIT B

To Plaintiff's Complaint

Int. Cl.: 9

Prior U.S. Cl.: 38

**United States Patent and Trademark Office**  Reg. No. 1,786,624
Registered Aug. 10, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## VIEWDIRECT

MOBIUS MANAGEMENT SYSTEMS, INC. (NEW YORK CORPORATION)
ONE RAMADA PLAZA
NEW ROCHELLE, NY 10801

FOR: COMPUTER SOFTWARE TO ALLOW END USERS TO DISPLAY AND VIEW DATA RANDOMLY WHILE STORED ON COMPUTER HARDWARE TAPE DRIVES, OPTICAL DISKS, OR MAGNETIC DIRECT ACCESS STORAGE DEVICES (DASD), IN CLASS 9 (U.S. CL. 38).

FIRST USE 12-1-1992; IN COMMERCE 12-1-1992.

SER. NO. 74-340,047, FILED 12-14-1992.

MARY C. MACK, EXAMINING ATTORNEY

 United States Patent and Trademark Office 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments:** 1
   **Serial #:** 74340047   **Filing Dt:** 12/14/1992   **Reg #:** 1786624   **Reg. Dt:** 08/10/1993
   **Registrant:** Mobius Management Systems, Inc.
   **Mark:** VIEWDIRECT
**Assignment: 1**
   **Reel/Frame:** 1934/0862   **Received:** 07/28/1999   **Recorded:** 07/23/1999   **Pages:** 7
   **Conveyance:** MERGER
   **Assignor:** MOBIUS MANAGEMENT SYSTEMS, INC.   **Exec Dt:** 04/19/1999
                            **Entity Type:** CORPORATION
                            **Citizenship:** NEW YORK

   **Assignee:** MOBIUS MANAGEMENT SYSTEMS, INC.   **Entity Type:** CORPORATION
               120 OLD POST ROAD   **Citizenship:** DELAWARE
               RYE, NEW YORK 10580
   **Correspondent:** SHWAL & PLATT
                      NEAL R. PLATT, ESQ.
                      ONE ROCKEFELLER PLAZA
                      SUITE 210
                      NEW YORK, NEW YORK 10020

Search Results as of: 05/31/2005 11:30 AM
If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 703-308-9723

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
OFFICE OF ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia  22202-3513

REGISTRATION NO: 1786624    SERIAL NO: 74340047    MAILING DATE: 12/17/2002
REGISTRATION DATE: 08/10/1993
MARK: VIEWDIRECT
REGISTRATION OWNER: MOBIUS MANAGEMENT SYSTEMS, INC
CORRESPONDENCE ADDRESS:

RANDY  LIPSITZ
KRAMER LEVIN NAFTALIS & FRANKEL LLP
919 THIRD AVENUE
NEW YORK NY  10022

## NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

****************************************************

## NOTICE OF RENEWAL
15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

****************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
009.


LEE, HAROLD D
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

   PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
   CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

                                        ORIGINAL

TMLT6 (9/99)