AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____0 5 - 3 4 6___

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____2____ COPIES OF AO FORM 85.

MAY 3 1 2005

_____
(Date forms issued)

_____
(Signature of Party or their Representative)

Joe S. Salters
_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action