AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[(1)] | DATE 6/1/05 |
| NAME OF SERVER (PRINT) SEAN QUIGLEY | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): PERSONALLY SERVED ACARTUS, INC by SERVING ITS REGISTERED AGENT THE CORPORATION TRUST CO AT 1209 ORANGE ST WILM DE 19801 AT 10:46AM PERSON ACCEPTING SERVICE: BRIAN PENROD

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/1/05
        /Date

Signature of Server

Address of Server: PARCELS INC
4 E 7TH ST
WILM DE 19801

[(1)] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

589180v1

AO 440 (Del Rev. 10/01) Summons in a Civil Action

# United States District Court

District of __DELAWARE__

MOBIUS MANAGEMENT SYSTEMS, INC.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 0 5 - 3 4 6 -

ACARTUS, INC.

TO: ACARTUS, INC.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kurt M. Heyman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

an answer to the complaint which is hereby served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. An answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                MAY 3 1 2005
CLERK                                          DATE
_[signature]_
(By) DEPUTY CLERK

589180v1