IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 05-346 |
| | : |
| ACARTUS, INC., | : **JURY TRIAL DEMANDED** |
| | : |
| Defendant. | : |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1, the undersigned counsel for plaintiff Mobius Management Systems, Inc. (a private non-governmental party) hereby certifies that Mobius Management Systems, Inc. has no parent companies.

THE BAYARD FIRM

_/s/ Kurt M. Heyman_
Kurt M. Heyman (# 3054)
Email: kheyman@bayardfirm.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
Attorney for Plaintiff
Mobius Management Systems, Inc.

OF COUNSEL:

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Randy Lipsitz (RL-1526)
Jonathan M. Wagner (JW-7197)
Norman C. Simon (NS-1407)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Dated: June 2, 2005

589547v1

## CERTIFICATE OF SERVICE

Kurt M. Heyman, Esquire, hereby certifies that on June 2, 2005, copies of the foregoing Plaintiff's, Inc.'s Rule 7.1 Disclosure Statement were served via regular U.S. First Class Mail upon the following individuals:

>Acartus, Inc.
>c/o The Corporation Trust Company
>1209 Orange Street
>Wilmington DE 19801

_____
Kurt M. Heyman (# 3054)

589547v1