IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., : | |
| Plaintiff, : | |
| v. : | C.A. No. 05-346 SLR |
| ACARTUS, INC., : | |
| Defendant. : | |

### NOTICE OF SERVICE

TO:   Acartus, Inc.  
c/o The Corporation Trust Company  
1209 Orange Street  
Wilmington, DE 19801

Anton J. Hopen, Esquire  
Smith & Hopen, P.A.  
U.S. Registered Patent Attorneys  
15950 Bay Vista Drive, Suite 220  
Clearwater, FL 33760

PLEASE TAKE NOTICE that Plaintiff Mobius Management Systems, Inc's First Set of Requests for the Production of Documents and Things were served via hand delivery on Acartus, Inc. c/o The Corporation Trust Company and via Federal Express on Anton J. Hopen, Esquire on July 5, 2005.

THE BAYARD FIRM

*/s/ Kurt M. Heyman*

Kurt M. Heyman (#3054)  
Linda E. Beebe (#4634)  
Email: kheyman@bayardfirm.com  
Email: lbeebe@bayardfirm.com  
222 Delaware Avenue, Suite 900  
P.O. Box 25130  
Wilmington, DE 19899  
(302) 655-5000

Attorneys for Plaintiff  
Mobius Management Systems, Inc.

593194v1

- 2 -

OF COUNSEL:

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Randy Lipsitz
Jonathan M. Wagner
Norman C. Simon
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100


DATED:      July 5, 2005

## CERTIFICATE OF SERVICE

Kurt M. Heyman, Esquire, hereby certifies that on July 5, 2005, copies of the foregoing Plaintiff's First Set of Requests for the Production of Documents and Things were served upon the following:

### VIA HAND DELIVERY

Acartus, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

### VIA FEDERAL EXPRESS

Anton J. Hopen, Esquire
Smith & Hopen, PA
U.S. Registered Patent Attorneys
15950 Bay Vista Drive, Suite 220
Clearwater, FL 33760

_____
Kurt M. Heyman (# 3054)

593194v1