# EXHIBIT C

## TO THE DECLARATION OF MITCHELL GROSS

Int. Cl.: 9

Prior U.S. Cl.: 38

**United States Patent and Trademark Office**  Reg. No. 1,786,624
Registered Aug. 10, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## VIEWDIRECT

MOBIUS MANAGEMENT SYSTEMS, INC. (NEW YORK CORPORATION)
ONE RAMADA PLAZA
NEW ROCHELLE, NY 10801

FOR: COMPUTER SOFTWARE TO ALLOW END USERS TO DISPLAY AND VIEW DATA RANDOMLY WHILE STORED ON COMPUTER HARDWARE TAPE DRIVES, OPTICAL DISKS, OR MAGNETIC DIRECT ACCESS STORAGE DEVICES (DASD), IN CLASS 9 (U.S. CL. 38).

FIRST USE 12-1-1992; IN COMMERCE 12-1-1992.

SER. NO. 74-340,047, FILED 12-14-1992

MARY C. MACK, EXAMINING ATTORNEY



United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**
  **Serial #:** 74340047    **Filing Dt:** 12/14/1992    **Reg #:** 1786624    **Reg. Dt:** 08/10/1993
  **Registrant:** Mobius Management Systems, Inc.
  **Mark:** VIEWDIRECT
**Assignment: 1**
  **Reel/Frame:** 1934/0862    **Received:** 07/28/1999    **Recorded:** 07/23/1999    **Pages:** 7
  **Conveyance:** MERGER
  **Assignor:** MOBIUS MANAGEMENT SYSTEMS, INC.    **Exec Dt:** 04/19/1999
                                                   **Entity Type:** CORPORATION
                                                   **Citizenship:** NEW YORK
  **Assignee:** MOBIUS MANAGEMENT SYSTEMS, INC.    **Entity Type:** CORPORATION
             120 OLD POST ROAD                     **Citizenship:** DELAWARE
             RYE, NEW YORK 10580
  **Correspondent:** SHWAL & PLATT
             NEAL R. PLATT, ESQ.
             ONE ROCKEFELLER PLAZA
             SUITE 210
             NEW YORK, NEW YORK 10020

Search Results as of: 05/31/2005 11:30 AM
If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 703-308-9723

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
OFFICE OF ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia 22202-3513

REGISTRATION NO: 1786624     SERIAL NO: 74340047     MAILING DATE: 12/17/2002
REGISTRATION DATE: 08/10/1993
MARK: VIEWDIRECT
REGISTRATION OWNER: MOBIUS MANAGEMENT SYSTEMS, INC
CORRESPONDENCE ADDRESS:

RANDY LIPSITZ
KRAMER LEVIN NAFTALIS & FRANKEL LLP
919 THIRD AVENUE
NEW YORK NY 10022

## NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

*****************************************************

## NOTICE OF RENEWAL
15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

*****************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
009.

LEE, HAROLD D
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

TMLT6 (9/99)