# EXHIBIT E

## TO THE DECLARATION OF MITCHELL GROSS

**Google**  Web  Images  Groups  News  Froogle  Local  more »

viewdirect                                    Search    Advanced Search
                                                        Preferences

**Web**                                            Results **1 - 10** of about **9,840** for viewdirect  (0.04 seconds)

Mobius Management Systems Inc.                                    Sponsored Links
**ViewDirect** E-mail Management Complete e-mail archiving and
records management ... **ViewDirect** Records Management A DoD    Mobius Alternative
5015.2-compliant solution for managing ...                        Migrate content trapped in Mobius
www.mobius.com/ - 35k - Cached - Similar pages                    to an open-standards ERM platform
                                                                  www.acartus.com

   Mobius **ViewDirect** Records Management
   **ViewDirect** Records Management is the component of        **ViewDirect** Solutions
   **ViewDirect** TCM that enables ... **ViewDirect** Records   **ViewDirect** Total Content Management
   Management is certified compliant to the DoD 5015.2 ...     Training, Upgrades, Conversions
   www.mobius.com/mobius/products/rms_direct.jsp - 25k -       www.joasys.com
   Cached - Similar pages
   [ More results from www.mobius.com ]                        **Viewdirect** Directory
                                                                              Find Solutions for Your Business
Mobius Introduces **ViewDirect** Total Content Integrator                     Free Reports, Info. & Registration
Mobius Management Systems has released **ViewDirect** Total Content           www.KnowledgeStorm.com
Integrator.
www.enterprisenetworksandservers.com/ monthly/art.php/188 - 18k -
Cached - Similar pages

techinfocenter.com: **ViewDirect**® TCM Content Repository
**ViewDirect**-ABS. Audit and Balancing System. **ViewDirect**-ABS is a data-quality control
tool that enforces quality control and ensures data integrity ...
www.techinfocenter.com/ members/research/products/_002703/ - Similar pages

UF Bridges -- **ViewDirect**
**ViewDirect** is an on-line reporting system that provides access to numerous ... Each
recipient is designated in the **ViewDirect** database with the ability to ...
www.bridges.ufl.edu/viewdirect/ - 7k - Jun 16, 2005 - Cached - Similar pages

[DOC] **ViewDirect** Tips
File Format: Microsoft Word 2000 - View as HTML
**ViewDirect** Tips. GENERAL. Please remember to look in the heading of the report to make
sure that ... Use the toolbar at the top of the **ViewDirect** screen. ...
www.ui-integrate.uillinois.edu/ docs/imp_emp_fin_viewdirect_tips.doc - Similar pages

UCLA AIS RDS - **VIEWDIRECT** Report Distribution System
**ViewDirect**-RDS (Report Distribution System) automates the distribution of reports ... If you
have an AIS Logon ID, you have access to **ViewDirect**-RDS. ...
www.ais.ucla.edu/techinfo/RDS/Rds.htm - 5k - Cached - Similar pages

**Viewdirect** Reporting Software - White Papers, Webcasts, Case ...
Your search for keyword: **Viewdirect** Reporting Software returned the following results:
(Save this search)  Get Listed in Our Directory. Filter results by: ...
whitepaper.informationweek.com/. / Viewdirect%20Reporting%20Software/Viewdirect%
20Reporting%20Software - Similar pages

Secunia - Vulnerability Report - Mobius **ViewDirect** Contenuity
Secunia - Vulnerability Report - Mobius **ViewDirect** Contenuity.
secunia.com/product/2760/ - 18k - Jun 16, 2005 - Cached - Similar pages