# EXHIBIT F

## TO THE DECLARATION OF MITCHELL GROSS



View Technical Glossary ☐ Custom

enterprise report manage

**Products**   **Solutions**   **ERM Fundamentals**   **Partners**   **News & Events**   **Services**   **Company**   **Conta**

Acartus Homepage | Solutions Main | Mobius Replacement

**Solutions**

Digital Archival Standards

Distribution

Legacy Archive Replacement

Mining

Transaction Data Archival

Enterprise Content Mangement Integration

Lifecycle Managed Report Archives

**Additonal Resources:**

Data Sheet:
ApertureONE for Documentum - Integrated ERM

Data Sheet:
Digital Archival Standards

Data Sheet:
Lifecycle Managed Report Archives

White Paper:
Digital Archival Standards

## Solutions

### Mobius Replacement Solution
#### ApertureONE Export Utility For Mobius DAF Files

**The Challenges Of Content Management Evolution**
Implementing a new ECM platform is not without significant challenges, including how to manage already locked in proprietary storage. Due to the proprietary nature of deep archives such as Mobi continued access to enterprise report and fixed data can incur serious costs.

Manually transforming legacy content internally or through outsourcing to a services group deman tremendous cost of time and resources. Continuing to support a legacy archival system such as Mc perpetuates a series of unnecessary licensing, services and maintenance fees; at a higher level, re legacy support runs against to the vision and benefits of embracing a new ECM platform.

**Legacy Migration Solutions**
Acartus offers the ApertureONE Export Utility for Mobius DAF files, which exports Mobius DAF form standard specification. Normalized content can be stored in an ApertureONE repository, or placed i Documentum for full ECM integration. Complementing ApertureONE's ongoing content capture util migration realizes true content consolidation with all past and present content stored in a unified fc repository.

**Content Ownership Through Open Standards**
ApertureONE normalizes all legacy and day-forward input to portable document format (PDF). A fu standard specification, all original content and appearance is preserved to any user via a PDF view ISO standard is currently under development for PDF digital document archival. PDF offers file con reduced object overhead, and improved digital compliance. Equally important, open-standards ena to take true ownership of their content, providing continued accessibility.

**ApertureONE For Documentum: Integrated Report Management**
For companies exploring or replacing Mobius with a Documentum ECM platform, ApertureONE offe value. The only scalable, cross-platform ERM integration for Documentum, ApertureONE captures, places fixed content into the Documentum content repository. ApertureONE uses Documentum AP content and apply content-process fusion, such as workflow initiation, security, lifecycles and recoi management. Documentum customers achieve full ERM capabilities through their ECM platform.

**Beyond Archival: ERM Evolved**
Acartus also offers ApertureONE Distribution Server and ApertureONE Mining Server to further ext of fixed content. Distribution Server delivers secure email distribution of content. Mining Server off exclusive ability to leverage the entire ERM repository as a data warehouse. Mining Server perform and makes this data available to business intelligence platforms (Cognos, Business Objects, MicroS

and reporting tools (Crystal Reports, etc.).

ApertureONE provides a solution for organizations seeking to move their fixed content out of Mobi silos; our proven technology ensures migrations run smoothly and rapidly, without the considerabl and questionable reliability of custom, one-off solutions. For more information about ApertureONE solutions, including legacy migration, independent and integrated report management, distribution services, please call 1.970.212.7002 to speak with an ApertureONE account manager.

All referenced product names are trademarks of their respective owners

APERTUREONE is a trademark of Acartus, Inc.
MOBIUS and VIEWDIRECT are registered trademarks of Mobius Management Systems, Inc.

© Copyright 2005, Acartus, Inc                                       **Register for Updates    C**