# EXHIBIT A

## TO THE DECLARATION OF JONATHAN M. WAGNER

## Denise Andrews

**From:** Wagner, Jonathan M. [jwagner@KRAMERLEVIN.com]
**Sent:** Monday, June 06, 2005 5:56 PM
**To:** Anton Hopen
**Subject:** RE: Mobius / Acartus

We will get back to you. Please refrain from re-posting until we do so.

> -----Original Message-----
> **From:** Anton Hopen [mailto:anton.hopen@smithhopen.com]
> **Sent:** Monday, June 06, 2005 5:31 PM
> **To:** Wagner, Jonathan M.
> **Cc:** Staff
> **Subject:** Mobius / Acartus
> **Importance:** High
>
> Dear Jonathan:
>
> As we discussed, please find attached a PDF document of the revised Acartus product sheet. These modifications more clearly define the relationship (or lack thereof) of our respective clients.
>
> We look forward to your comments.
>
> Best regards,
>
> <<Mobius_Replacement_Strategy _updated 2005-06-06_ v2.pdf>>
>
> Anton
>
> Anton J. Hopen
> Smith & Hopen, PA
> U.S. Registered Patent Attorneys
> 15950 Bay Vista Drive, Suite 220
> Clearwater, Florida 33760 USA
> (727) 507-8558 (Clearwater, Florida) *
> (813) 600-2983 (Tampa, Florida)
> (408) 884-3993 (San Jose, California)
> (727) 507-8668 fax
> www.smithhopen.com
> anton.hopen@smithhopen.com
>
> <<Anton Hopen.vcf>>
>
> NOTICE: This email may be privileged and confidential and intended only for those named to receive it. If you are not one of them, then any use, dissemination, distribution, reading, forwarding, printing, or copying of this is strictly prohibited, and you are requested to notify us immediately by calling or faxing us at the number above or emailing us at the address above. Thank you.

6/30/2005