# EXHIBIT B

## TO THE DECLARATION OF JONATHAN M. WAGNER

## Denise Andrews

**From:** Wagner, Jonathan M. [jwagner@KRAMERLEVIN.com]
**Sent:** Monday, June 06, 2005 6:24 PM
**To:** Lipsitz, Randy; Simon, Norman
**Subject:** FW: Mobius / Acartus

-----Original Message-----
From: Anton Hopen [mailto:anton.hopen@smithhopen.com]
Sent: Monday, June 06, 2005 6:04 PM
To: Wagner, Jonathan M.
Subject: Re: Mobius / Acartus


Understood. Thanks.

-----Original Message-----
From: Wagner, Jonathan M. <jwagner@KRAMERLEVIN.com>
To: Anton Hopen <anton.hopen@smithhopen.com>
Sent: Mon Jun 06 17:55:34 2005
Subject: RE: Mobius / Acartus

We will get back to you. Please refrain from re-posting until we do so.

   -----Original Message-----
   From: Anton Hopen [mailto:anton.hopen@smithhopen.com]
   Sent: Monday, June 06, 2005 5:31 PM
   To: Wagner, Jonathan M.
   Cc: Staff
   Subject: Mobius / Acartus
   Importance: High



   Dear Jonathan:

   As we discussed, please find attached a PDF document of the revised Acartus product sheet. These modifications more clearly define the relationship (or lack thereof) of our respective clients.

   We look forward to your comments.

   Best regards,

   <<Mobius_Replacement_Strategy_updated 2005-06-06_ v2 pdf>>

   Anton


6/30/2005

Anton J. Hopen
Smith & Hopen, PA
U.S. Registered Patent Attorneys
15950 Bay Vista Drive, Suite 220
Clearwater, Florida 33760 USA
(727) 507-8558 (Clearwater, Florida) *
(813) 600-2983 (Tampa, Florida)
(408) 884-3993 (San Jose, California)
(727) 507-8668 fax
www.smithhopen.com
anton.hopen@smithhopen.com <mailto:anton.hopen@smithhopen.com?subject=Message%20to%20Anton%20Hopen>

<<Anton Hopen.vcf>>

NOTICE: This email may be privileged and confidential and intended only for those named to receive it. If you are not one of them, then any use, dissemination, distribution, reading, forwarding, printing, or copying of this is strictly prohibited, and you are requested to notify us immediately by calling or faxing us at the number above or emailing us at the address above. Thank you.



Jonathan M. Wagner

Partner
Kramer Levin Naftalis & Frankel LLP
PLEASE NOTE NEW ADDRESS
1177 Avenue of the Americas
New York, New York 10036
Tel: 212-715-9393
Fax: 212-715-8393
Email: jwagner@KRAMERLEVIN.com
http://www.kramerlevin.com <http://www.kramerlevin.com/>




Disclaimer - 6/6/2005

_____
This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

6/30/2005