# THE BAYARD FIRM
A T T O R N E Y S

222 Delaware Avenue, Suite 900
P O Box 25130
Wilmington, DE 19899
Zip Code For Deliveries: 19801

MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com

302-655-5000
(Fax) 302-658-6395

Writer's Direct Access
(302) 429-4235
kheyman@bayardfirm.com

July 5, 2005

**VIA HAND DELIVERY**

The Honorable Sue L. Robinson
US District Court for the
District of Delaware
844 North King Street
Lock Box 31
Wilmington DE 19801

      RE:   *Mobius Management Systems, Inc. v. Acartus, Inc.*
             C.A. No. 05-346 SLR

Dear Judge Robinson:

     Enclosed are courtesy copies of plaintiff's motion for a preliminary injunction and supporting papers in this trademark infringement action.

     We respectfully request a teleconference at the Court's earliest convenience to discuss the scheduling of a preliminary injunction hearing. Although no Delaware counsel has appeared for the defendant in this action, we are serving copies of the enclosed papers on defendant's counsel in Florida, and we will promptly advise him of the scheduling of any teleconference.

     Counsel are available should Your Honor have any questions.

                                              Respectfully,

                                              Kurt M. Heyman (# 3054)

KMH/daa
Enclosures

    cc:    Clerk, U.S. District Court (via hand delivery w/encs.)
            Jonathan M. Wagner, Esquire (via e-mail w/o encs.)
            Anton J. Hopen, Esquire (via Federal Express w/encs.)
            Acartus, Inc. c/o Corporation Trust Company (via hand delivery w/encs.)

#31422-1

593328v1