IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MOBIUS MANAGEMENT SYSTEMS, INC., )
)
      Plaintiff, )
)
v. ) Civ. No. 05-346-SLR
)
ACARTUS, INC., )
)
      Defendant. )

**O R D E R**

At Wilmington this 6th day of July, 2005, having reviewed plaintiff's motion for a preliminary injunction and the papers submitted in connection therewith;

IT IS ORDERED that:

1. Defendant shall respond to plaintiff's first set of requests for the production of documents and things on or before **July 22, 2005.**

2. A hearing shall be held on plaintiff's motion on **Monday, August 1, 2005 at 5:00 p.m.**, in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. Each party shall have one (1) hour in which to make its presentation.

                                        /s/ Sue L. Robinson
                                   United States District Judge