# THE BAYARD FIRM
A T T O R N E Y S

222 Delaware Avenue, Suite 900
P O Box 25130
Wilmington, DE 19899
Zip Code For Deliveries: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(Fax) 302-658-6395

Writer's Direct Access
(302) 429-4277
lbeebe@bayardfirm.com

July 19, 2005

**VIA E-FILE**
**& HAND DELIVERY**

The Honorable Sue L. Robinson
US District Court for the
District of Delaware
844 North King Street
Lock Box 31
Wilmington DE 19801

   RE: *Mobius Management Systems, Inc. v. Acartus, Inc.*
      C.A. No. 05-346 SLR

Dear Judge Robinson:

  We represent plaintiff Mobius Management Systems, Inc. Your Honor previously scheduled a hearing on Mobius' motion for a preliminary injunction for August 1 at 5 p.m.

  The parties have resolved the issues raised by the preliminary injunction motion pursuant to the terms of the enclosed stipulation and order, which was signed by counsel for both sides and filed yesterday with the Court. We respectfully request that the Court enter the proposed order. Once the Court does so, there will be no need for the preliminary injunction hearing on August 1.

  Counsel are available should Your Honor have any questions.

         Respectfully,

         *Linda E. Beebe*

         Linda E. Beebe (# 4634)

LEB/daa
Enclosure

cc: Clerk, U.S. District Court (via hand delivery w/o enc.)
   James Parrett, Esquire (via hand delivery w/o enc.)
   Jonathan M. Wagner, Esquire (via e-mail w/o enc.)
#31422-1

594914v1