IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-346 SLR |
| | ) | |
| ACARTUS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

It is hereby stipulated and agreed by plaintiff Mobius Management Systems, Inc. and defendant Acartus, Inc., through their undersigned counsel and subject to the approval of the Court, that the date by which defendant must answer, move or otherwise respond to the Complaint is extended to and including August 21, 2005.  It is further stipulated and agreed, subject to the approval of the Court, that the date by which defendant is to respond to expedited discovery is extended to and including August 21, 2005.

THE BAYARD FIRM                              MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Kurt M. Heyman                           /s/ James W. Parrett
Kurt M. Heyman (#3054)                       Mary B. Graham (#2256)
Linda E. Beebe (#4634)                       James W. Parrett, Jr. (#4292)
222 Delaware Avenue                          1201 N. Market Street
Suite 900                                    P.O. Box 1347
P.O. Box 25130                               Wilmington, DE  19899-1347
Wilmington, DE  19899-5130                   (302) 658-9200
(302) 655-5000                               mgraham@mnat.com
kheyman@bayardfirm.com                       jparrett@mnat.com
lbeebe@bayardfirm.com                          *Attorneys for Defendant*
  *Attorneys for Plaintiff*                     *Acartus, Inc.*
  *Mobius Management Systems, Inc.*

**OF COUNSEL:**

KRAMER LEVIN NAFTALIS
   & FRANKEL LLP
Randy Lipsitz
Jonathan M. Wagner
Norman C. Simon
1177 Avenue of the Americas
New York, NY  10036
(212) 715-9100

**OF COUNSEL:**

JONES DAY
Regan Fay
Meredith M. Wilkes
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
(216) 586-3939

SO ORDERED THIS ____ day of July, 2005

_____
The Honorable Sue L. Robinson
United States District Judge

474866

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 19, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:  Kurt M. Heyman, Esq.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 19, 2005 upon the following individuals in the manner indicated:

**<u>BY HAND</u>**

Kurt M. Heyman, Esq.
Linda E. Beebe, Esq.
THE BAYARD FIRM
222 Delaware Avenue
Suite 900
Wilmington, Delaware  19899-5130

*/s/  James W. Parrett, Jr. (#4292)*
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
JParrett@mnat.com