IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-346 SLR |
| | ) | |
| ACARTUS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CONFIRMATION OF ENTRY OF APPEARANCE

As requested by the Court, this will confirm our entry of appearance on behalf of Acartus, Inc. This confirmation is made without waiver of any defenses of Acartus, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
James W. Parrett (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801
(302) 658-9200

*Attorneys for Defendant Acartus, Inc.*

OF COUNSEL:

Regan Fay
Meredith M. Wilkes
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
(216) 586-3939

Dated:  July 27, 2005
475957

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Kurt M. Heyman, Esq.
> THE BAYARD FIRM
> 222 Delaware Avenue
> Suite 900
> Wilmington, Delaware  19899-5130

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 27, 2005 upon the following individuals in the manner indicated:

**BY HAND DELIVERY**

> Kurt M. Heyman, Esq.
> THE BAYARD FIRM
> 222 Delaware Avenue
> Suite 900
> Wilmington, Delaware  19899-5130

*/s/ Mary B. Graham.*
_____
Mary B. Graham