# TAB 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-346 (SLR) |
| ) | |
| ACARTUS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### [PROPOSED] ORDER OF DISMISSAL AND STAY

NOW THIS ___ day of _____ 2005, having considered Acartus, Inc.'s Motion To Dismiss Count V And Stay Any Remaining Claims,

IT IS HEREBY ORDERED THAT:

1. Count V of Plaintiff Mobius Management Systems, Inc.'s Complaint (D.I. 1) is dismissed;

2. All residual issues under Counts I-IV of the Complaint are stayed while the parties finalize settlement of those claims.

_____
Sue L. Robinson
UNITED STATES DISTRICT JUDGE

482081