IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-346 SLR |
| | ) | |
| ACARTUS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that true and correct copies of *Defendant Acartus, Inc.'s Responses and Objections to Plaintiff's First Request for Production of Documents and Things* and *Defendant Acartus, Inc.'s Responses and Objections to Plaintiff's Second Set of Requests for Production of Documents and Things* were caused to be served on September 12, 2005 upon the following in the manner indicated:

**BY HAND**

Kurt Michael Heyman
THE BAYARD FIRM
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899

**BY FACSIMILE**:

Randy Lipsitz
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Mary B. Graham*
_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200

*Attorneys for Defendant Acartus, Inc.*

-2-

OF COUNSEL:

Regan Fay
Meredith M. Wilkes
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
Tele: 216.586.7231

Dated:  September 12, 2005

# CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Kurt Michael Heyman
> THE BAYARD FIRM
> 222 Delaware Avenue
> Suite 900
> P.O. Box 25130
> Wilmington, DE  19899

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on September 12, 2005 upon the following individuals in the manner indicated:

**BY HAND**:

> Kurt Michael Heyman
> THE BAYARD FIRM
> 222 Delaware Avenue
> Suite 900
> P.O. Box 25130
> Wilmington, DE  19899

**BY FACSIMILE**:

> Randy Lipsitz
> KRAMER LEVIN NAFTALIS & FRANKEL LLP
> 1177 Avenue of the Americas
> New York, NY  10036

*/s/ Mary B. Graham*

Mary B. Graham (#2256)

479187