IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-346 SLR |
| ACARTUS, INC., | : |
| Defendant. | : |

### NOTICE OF FILING OF AMENDED COMPLAINT

TO:  Mary B. Graham, Esquire
   Morris, Nichols, Arscht & Tunnell
   1201 N. Market Street
   P. O. Box 1347
   Wilmington, DE 19899-1347

PLEASE TAKE NOTICE that pursuant to FED. R. CIV. P. 15(a), plaintiff is today filing an amended complaint in this action as a matter of course. Pursuant to D. Del. LR 15.1, a form of the amended complaint which indicates the respects in which it differs from the original complaint is attached as Exhibit A hereto.

OF COUNSEL:

KRAMER LEVIN NAFTALIS &
 FRANKEL LLP
1177 Avenue of the Americas
New York, NY  10036
Telephone: (212) 715-9100

THE BAYARD FIRM

_/s/ Kurt M. Heyman_

Kurt M. Heyman (#3054)
Linda Beebe (#4634)
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
Email: Kheyman@bayardfirm.com
Email: Lbeebe@bayardfirm.com

Attorneys for Plaintiff

Dated: September 20, 2005

602068v1