## CERTIFICATE OF SERVICE

Kurt M. Heyman, Esquire hereby certifies that on September 20, 2005, copies of the foregoing Notice of Filing of Amended Complaint were served electronically and by hand delivery on counsel listed below:

>Mary B. Graham, Esq.
>Morris, Nichols, Arsht & Tunnell
>Chase Manhattan Centre, 18th Floor
>1201 North Market Street
>Wilmington, DE 19899-1347

_____
Kurt M. Heyman (# 3054)

602068v1