# EXHIBIT A

To Plaintiff's Amended Complaint



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

***To avoid CANCELLATION of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date. (See next page for more information.) Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. (See next page for information on maintenance requirements for successive ten-year periods.)***



*Acting Director of the United States Patent and Trademark Office*

Int. Cls.: **9, 41 and 42**

Prior U.S. Cls.: **21, 23, 26, 36, 38, 100, 101 and 107**

**United States Patent and Trademark Office**

Reg. No. **2,874,146**
Registered Aug. 17, 2004

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## MOBIUS

MOBIUS MANAGEMENT SYSTEMS, INC. (DELAWARE CORPORATION)
120 OLD POST ROAD
RYE, NY 10580

FOR: DATABASE MANAGEMENT SOFTWARE, NAMELY, NETWORK AND WEB-BASED DOCUMENT AND INFORMATION MANAGEMENT, CAPTURE, STORAGE, RETRIEVAL, FORMATTING, INDEXING, CONVERSION, MIGRATION, VIEWING, REPORTING AND ARCHIVING; AND COMPUTER SOFTWARE FOR USE IN ELECTRONIC INVOICE, BILL AND STATEMENT PRESENTMENT AND PROCESSING OF PAYMENTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-24-1982; IN COMMERCE 11-24-1982.

FOR: EDUCATIONAL SERVICES, NAMELY, COMPUTER MANAGEMENT TRAINING IN THE FIELDS OF NETWORK AND WEB-BASED DOCUMENT AND INFORMATION MANAGEMENT, CAPTURE, STORAGE, RETRIEVAL, FORMATTING, INDEXING, CONVERSION, MIGRATION, VIEWING, REPORTING AND ARCHIVING, BILL AND STATEMENT PRESENTMENT AND PROCESSING OF PAYMENTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-24-1982; IN COMMERCE 11-24-1982.

FOR: COMPUTER SOFTWARE CONSULTATION, DESIGN, DEVELOPMENT, PROGRAMMING, INSTALLATION, AND MAINTENANCE FOR OTHERS IN THE FIELDS OF NETWORK AND WEB-BASED DOCUMENT AND INFORMATION MANAGEMENT, CAPTURE, STORAGE, RETRIEVAL, FORMATTING, INDEXING, CONVERSION, MIGRATION, VIEWING, REPORTING, ARCHIVING AND ELECTRONIC INVOICE, BILL, AND STATEMENT PRESENTMENT AND PROCESSING OF PAYMENT; TECHNICAL SUPPORT SERVICES, NAMELY, TROUBLESHOOTING OF COMPUTER SOFTWARE PROBLEMS IN THE FIELDS OF NETWORK AND WEB-BASED DOCUMENT AND INFORMATION MANAGEMENT, CAPTURE, STORAGE, RETRIEVAL, FORMATTING, INDEXING, CONVERSION, MIGRATION, VIEWING, REPORTING, ARCHIVING, AND ELECTRONIC INVOICE, BILL AND STATEMENT PRESENTMENT AND PROCESSING OF PAYMENTS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 11-24-1982; IN COMMERCE 11-24-1982.

OWNER OF U.S. REG. NOS. 2,177,766, 2,717,149 AND OTHERS.

SER. NO. 76-552,296, FILED 10-17-2003.

ESTHER A. BORSUK, EXAMINING ATTORNEY

# EXHIBIT B

To Plaintiff's Amended Complaint

Int. Cl.: 9

Prior U.S. Cl.: 38

**United States Patent and Trademark Office**   Reg. No. 1,786,624
Registered Aug. 10, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## VIEWDIRECT

MOBIUS MANAGEMENT SYSTEMS, INC. (NEW YORK CORPORATION)
ONE RAMADA PLAZA
NEW ROCHELLE, NY 10801

FOR: COMPUTER SOFTWARE TO ALLOW END USERS TO DISPLAY AND VIEW DATA RANDOMLY WHILE STORED ON COMPUTER HARDWARE TAPE DRIVES, OPTICAL DISKS, OR MAGNETIC DIRECT ACCESS STORAGE DEVICES (DASD), IN CLASS 9 (U.S. CL. 38).

FIRST USE 12-1-1992; IN COMMERCE 12-1-1992.

SER. NO. 74-340,047, FILED 12-14-1992

MARY C. MACK, EXAMINING ATTORNEY

 United States Patent and Trademark Office 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**
   **Serial #:** 74340047   **Filing Dt:** 12/14/1992   **Reg #:** 1786624   **Reg. Dt:** 08/10/1993
   **Registrant:** Mobius Management Systems, Inc.
   **Mark:** VIEWDIRECT
**Assignment: 1**
   **Reel/Frame:** 1934/0862   **Received:** 07/28/1999   **Recorded:** 07/23/1999   **Pages:** 7
   **Conveyance:** MERGER
   **Assignor:** MOBIUS MANAGEMENT SYSTEMS, INC.   **Exec Dt:** 04/19/1999
                               **Entity Type:** CORPORATION
                               **Citizenship:** NEW YORK
   **Assignee:** MOBIUS MANAGEMENT SYSTEMS, INC.   **Entity Type:** CORPORATION
             120 OLD POST ROAD   **Citizenship:** DELAWARE
             RYE, NEW YORK 10580
   **Correspondent:** SHWAL & PLATT
                  NEAL R. PLATT, ESQ.
                  ONE ROCKEFELLER PLAZA
                  SUITE 210
                  NEW YORK, NEW YORK 10020

Search Results as of: 05/31/2005 11:30 AM
If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 703-308-9723

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
OFFICE OF ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia   22202-3513

REGISTRATION NO: 1786624     SERIAL NO: 74340047     MAILING DATE: 12/17/2002
REGISTRATION DATE: 08/10/1993
MARK: VIEWDIRECT
REGISTRATION OWNER: MOBIUS MANAGEMENT SYSTEMS, INC
CORRESPONDENCE ADDRESS:

RANDY LIPSITZ
KRAMER LEVIN NAFTALIS & FRANKEL LLP
919 THIRD AVENUE
NEW YORK NY   10022

## NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

****************************************************

## NOTICE OF RENEWAL
15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

****************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
009.


LEE, HAROLD D
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

   PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
   CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

                                    ORIGINAL

TMLT6 (9/99)

# EXHIBIT C

**To Plaintiff's Amended Complaint**



# Mobius ViewDirect Replacement Strategy

## ApertureONE Mobius DAF Export Utility

### The Challenges of Content Management Evolution

Enterprise content management (ECM) platforms have become a driving force of change in today's business IT infrastructure. True ECM solutions offer the allure of an end-to-end solution for creation, centralized management and universal dispersion of all content across an enterprise, with all of the resulting cost savings and critical business efficiencies. Unfortunately for most organizations, implementing or replacing an ECM platform poses a series of logistical hurdles.

Chief among these challenges is deciding the fate of enterprise reports and fixed content, which represent an enormous volume of content locked into proprietary silos. Due to proprietary storage models such as Mobius' DAF format, continued access of this content has posed some difficult decisions for enterprises. Companies have had to either perform a manual transformation of content, or continued to support their deep archive storage.

Manually transforming legacy content, whether performed internally or outsourced to a services group, poses a tremendous cost of time and resources. Continuing to support a legacy archival system such as Mobius perpetuates a series of unnecessary licensing, services and maintenance costs; at a higher level, redundant legacy support runs against to the vision and benefits of embracing a new ECM platform.

### Legacy Migration Solutions

For organizations seeking a complete Mobius replacement strategy, ApertureONE offers the Mobius DAF Export utility as part of its enterprise report management (ERM) solution. The Mobius DAF Export utility enables customers to migrate entire archives out of the DAF format and into an open-standard specification. Once normalized, this content can be stored in an ApertureONE repository for an independent ERM solution, or can be placed into a Documentum ECM platform for full content integration. Migration capabilities complement ApertureONE's ability to capture all day forward content directly from line of business systems, allowing companies to keep all content, past and present, in a single format and repository.

© Copyright 2005, Acartus, Inc All Rights Reserved Worldwide
enterprise report management evolved

sales 970 212 7002
web www.acartus.com

**Mobius ViewDirect Replacement Strategy**
ApertureONE Mobius DAF Export Utility



## Content Ownership through Open Standards

The challenge of legacy content migration is the inability of proprietary format to reside in alternate repositories. Therefore, transforming content from one proprietary specification to another is not a true migration solution. ApertureONE converts both legacy and day-forward input to portable document format (PDF). PDF is a fully open-standard specification, designed to preserve its original content and appearance for any user who accesses a PDF document. PDF has long been the de facto standard for digital archival in both private and public sectors. An ISO standard is currently under development to designate PDF as the true standard for digital document archival.

Storing all fixed content as PDF offers several benefits, including file compression, reduced object overhead in the repository file system, and the assurance that the format will meet emerging guidelines for digital compliance. In addition to these technical and legal benefits, by adhering to open-standard storage customers take true ownership of their content, ensuring future portability and accessibility.

## ApertureONE for Documentum: Integrated Report Management

For companies exploring or replacing their Mobius platform with Documentum, ApertureONE offers significant value. The only scalable, cross-platform ERM integration for Documentum, ApertureONE captures, processes and places fixed content into the Documentum content repository. A deep, server-level integration, ApertureONE uses Documentum APIs to store content with applied content-process fusion, such as workflow initiation, security, lifecycle and records management. Through this integration, Documentum customers achieve full ERM/IDARS capabilities through their ECM platform.

## Beyond Archival: ERM Evolved

Acartus is committed to providing scalable, open standards solutions. Through ApertureONE, customers can leverage the Mobius DAF export module to rescue high volumes of valuable fixed content locked in deep archives. Our proven technology ensures migrations run smoothly and rapidly, without the considerable investment and questionable reliability of custom, one-off solutions. Once migrated, customers can expect that all legacy and day forward fixed content will be uniformly stored in an open-standard format. ApertureONE also offers Distribution Server and Mining Server, which further extends the value of fixed content. Distribution Server delivers true email distribution of content. Mining Server offers the exclusive ability to leverage the entire ERM repository as a data warehouse. Mining Server performs deep mining and makes this data available to both business intelligence platforms (Cognos, Business Objects, MicroStrategy etc.) and reporting tools (Crystal Reports, etc.)

With enterprise-class scalability, open-standards storage, cross-platform capability, and the ability to perform content aware migrations of files stored in Mobius DAF format, ApertureONE provides a solution for organizations seeking to move their fixed content out of Mobius repository silos. For more information about ApertureONE ERM solutions, including legacy migration, independent and integrated report management, distribution or mining services, please call 970.212.7002 to speak with an ApertureONE product sales representative.

© Copyright 2005, Acartus, Inc All Rights Reserved Worldwide
enterprise report management **evolved**

sales 970 212 7002
web www acartus com