## CERTIFICATE OF SERVICE

Kurt M. Heyman, Esquire hereby certifies that on September 20, 2005, copies of the foregoing Amended Complaint were served electronically and by hand delivery on counsel listed below:

>Mary B. Graham, Esq.
>Morris, Nichols, Arsht & Tunnell
>Chase Manhattan Centre, 18th Floor
>1201 North Market Street
>Wilmington, DE 19899-1347

_/s/ Kurt M. Heyman_
Kurt M. Heyman (# 3054)

602071v1