## CERTIFICATE OF SERVICE

Kurt M. Heyman, Esquire hereby certifies that on September 20, 2005, copies of the foregoing Memorandum of Plaintiff Mobius Management Systems in Opposition to Defendant Acartus' Motion to Dismiss and for a Stay were served electronically and by hand delivery on counsel listed below:

> Mary B. Graham, Esq.
> Morris, Nichols, Arsht & Tunnell
> Chase Manhattan Centre, 18th Floor
> 1201 North Market Street
> Wilmington, DE  19899-1347

_____
Kurt M. Heyman (# 3054)

602071v1