IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., | : |
| Plaintiff, | : |
| | : C.A. No. 05-346 SLR |
| - against - | : |
| | : Declaration of Jonathan M. Wagner |
| ACARTUS, INC., | : |
| Defendant. | : |

I, Jonathan M. Wagner, hereby declare:

1. I am a member of the firm of Kramer Levin Naftalis & Frankel LLP, co-counsel with The Bayard Firm to plaintiff Mobius Management Systems, Inc. I respectfully submit this declaration in opposition to defendant Acartus' motion to dismiss and for a stay, to make available to the Court the documents cited in Mobius' memorandum in opposition to Acartus' motion.

2. Attached as exhibits are true copies of the following:

| Exhibit | Description |
|---|---|
| A | Mobius' Complaint |
| B | Mobius' Motion for a Preliminary Injunction |
| C | Mobius' First Request for Production of Documents |

KL3:2466270.1

-2-

| | |
|---|---|
| D | July 6, 2005 Order scheduling a preliminary injunction hearing for August 1 |
| E | July 18, 2005 Order addressing Mobius' preliminary injunction application |
| F | August 11, 2005 Stipulation extending Acartus' time to respond to Mobius' First Request for Production of Documents |
| G | Acartus' discovery responses |
| H | Acartus' discovery requests |
| I | Mobius' Amended Complaint |
| J | Mobius' Amended Complaint, in red-lined form |

Pursuant to 28 U.S.C. §1746, I certify under penalty of perjury that the foregoing is true and correct. Executed this 19th day of September, 2005.

_____
Jonathan M. Wagner