# Exhibit D

To the Declaration of Jonathan Wagner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MOBIUS MANAGEMENT SYSTEMS, INC., )
           Plaintiff, )
            )
   v. ) Civ. No. 05-346-SLR
            )
ACARTUS, INC., )
           Defendant. )

ORDER

At Wilmington this 6th day of July, 2005, having reviewed plaintiff's motion for a preliminary injunction and the papers submitted in connection therewith;

IT IS ORDERED that:

1. Defendant shall respond to plaintiff's first set of requests for the production of documents and things on or before July 22, 2005.

2. A hearing shall be held on plaintiff's motion on Monday, August 1, 2005 at 5:00 p.m., in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. Each party shall have one (1) hour in which to make its presentation.

                                               /s/ Sue L. Robinson
                                           United States District Judge