# Exhibit F

To the Declaration of Jonathan Wagner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-346 SLR |
| | ) | |
| ACARTUS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER**

It is hereby stipulated and agreed by plaintiff Mobius Management Systems, Inc. and defendant Acartus, Inc., through their undersigned counsel, and subject to the approval of the Court, that the date by which defendant must answer, move or otherwise respond to the Complaint is extended to and including September 12, 2005. It is further stipulated and agreed, subject to the approval of the Court, that the date by which defendant is to respond to expedited discovery is extended to and including September 12, 2005.

| THE BAYARD FIRM | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| /s/ *Kurt M. Heyman* | /s/ *James W. Parrett, Jr.* |
| Kurt M. Heyman (# 3054) | Mary B. Graham (# 2256) |
| Linda E. Beebe (#4634) | James W. Parrett, Jr. (# 4292) |
| 222 Delaware Avenue, Suite 900 | 1201 North Market Street |
| P.O. Box 25130 | P.O. Box 1347 |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19899-1347 |
| (302) 655-5000 | (302) 658-9200 |
| kheyman@bayardfirm.com | mgraham@mnat.com |
| lbeebe@bayardfirm.com | jparrett@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Mobius Management Systems, Inc.* | *Acartus, Inc.* |

OF COUNSEL:

KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
Randy Lipsitz
Jonathan M. Wagner
Norman C. Simon
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

OF COUNSEL:

JONES DAY
Regan Fay
Meredith M. Wilkes
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
(216) 586-3939

SO ORDERED THIS _____ day of August, 2005

_____
The Honorable Sue L. Robinson
Unites States District Court Judge

478405