## CERTIFICATE OF SERVICE

Kurt M. Heyman, Esquire hereby certifies that on September 20, 2005, copies of the foregoing Declaration of Jonathan M. Wagner were served electronically and by hand delivery on counsel listed below:

>Mary B. Graham, Esq.
>Morris, Nichols, Arsht & Tunnell
>Chase Manhattan Centre, 18th Floor
>1201 North Market Street
>Wilmington, DE 19899-1347

Kurt M. Heyman (#3054)

602071v1