# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS
(302) 429-4235
kheyman@bayardfirm.com

September 21, 2005

**VIA E-FILE**
**& HAND DELIVERY**

The Honorable Sue L. Robinson
US District Court for the
District of Delaware
844 North King Street
Lock Box 31
Wilmington DE 19801

   RE: *Mobius Management Systems, Inc. v. Acartus, Inc.*
      C.A. No. 05-346 SLR

Dear Judge Robinson:

  Enclosed are courtesy copies of plaintiff Mobius' papers in opposition to defendant Acartus' motion to dismiss and for a stay.

  In accordance with D. Del. LR 7.1.4, we respectfully request oral argument at the Court's earliest convenience. As set forth in Mobius' opposition papers, Acartus has taken the position that while its motion is pending it will not produce documents in response to Mobius' outstanding discovery requests, even though (i) there is no stay currently in effect, and (ii) a prior order of the Court specifically requires Acartus' compliance with Mobius' First Request For Production of Documents. Accordingly, we respectfully request a prompt hearing.

                Respectfully,

                Kurt M. Heyman (# 3054)

KMH/daa
Enclosures

  cc: Clerk, U.S. District Court (via hand delivery w/encs.)
     Jonathan M. Wagner, Esquire (via e-mail w/o encs.)
     Mary B. Graham, Esquire (via e-filing w/o encs.)
#31422-1

602066v1