IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., | : | |
| Plaintiff, | : : : | |
| v. | : | C.A. No. 05-346 SLR |
| ACARTUS, INC., | : : : | |
| Defendant. | : | |

### NOTICE OF SERVICE

TO: Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

PLEASE TAKE NOTICE that Plaintiff Mobius Management Systems, Inc.'s Answers and Objections to Defendant's First Set of Interrogatories were served via hand delivery on October 3, 2005.

THE BAYARD FIRM

/s/ Patricia L. Enerio
Kurt M. Heyman (# 3054)
Patricia L. Enerio (# 3728)
Email: kheyman@bayardfirm.com
Email: penerio@bayardfirm.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000

Attorneys for Plaintiff
Mobius Management Systems, Inc.

603721v1

- 2 -

OF COUNSEL:

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Randy Lipsitz
Jonathan M. Wagner
Norman C. Simon
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100


DATED:    October 3, 2005