IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-346 SLR |
| ACARTUS, INC., | : |
| Defendant. | : |

## NOTICE OF DEPOSITION

TO:    Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, plaintiff Mobius Management Systems, Inc. will take the deposition of defendant Acartus, Inc. by the following officer or agent before a notary public or other officer authorized by law to administer oaths, at the offices of The Bayard Firm, 222 Delaware Avenue, Suite 900, Wilmington, Delaware, at the dates and times set forth below:

Mark Stephens on November 2, 2005 at 10:00 A.M.

604470v1

THE BAYARD FIRM

*/s/ Patricia L. Enerio*

Kurt M. Heyman (# 3054)
Patricia L. Enerio (# 3728)
Email: kheyman@bayardfirm.com
Email: penerio@bayardfirm.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000

Attorneys for Plaintiff
Mobius Management Systems, Inc.

OF COUNSEL:

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Randy Lipsitz
Jonathan M. Wagner
Norman C. Simon
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Dated: October 7, 2005

## CERTIFICATE OF SERVICE

Patricia L. Enerio, Esquire, hereby certifies that on October 7, 2005, copies of the foregoing Plaintiff's Notice of Deposition were served upon the following:

### VIA HAND DELIVERY

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

### VIA FACSIMILE

Regan J. Fay, Esquire
Meredith M. Wilkes, Esquire
Jones Day
North Point, 901 Lakeside Avenue
Cleveland, OH 44114-1190

_____
Patricia L. Enerio (# 3728)

604470v1