IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MOBIUS MANAGEMENT SYSTEMS, INC., :
:
                Plaintiff, :
:
          v. :   C.A. No. 05-346 SLR
:
ACARTUS, INC., :
:
                Defendant. :

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by plaintiff Mobius Management Systems, Inc. and defendant Acartus, Inc., through their undersigned counsel, subject to the approval of the Court, that the following briefs will be served and filed on the indicated dates in connection with the defendant's Motion to Strike, Dismiss and Stay With Respect to the Amended Complaint, filed on October 4, 2005:

1. Plaintiff's answering brief shall be filed and served on or before November 2, 2005.

2. Defendant's reply brief shall be filed and served on or before November 16, 2005.

| THE BAYARD FIRM | MORRIS NICHOLS ARSHT & TUNNELL |
|---|---|
| By: /s/ Kurt M. Heyman | By: /s/ Mary B. Graham |
| Kurt M. Heyman (# 3054) | Mary B. Graham (# 2256) |
| Email: kheyman@bayardfirm.com | Email: mgraham@mnat.com |
| 222 Delaware Avenue, Suite 900 | Chase Manhattan Center, 18th Floor |
| P.O. Box 25130 | 1201 North Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19899-1347 |
| (302) 655-5000 | (302) 658-9200 |
| Attorney for Plaintiff Mobius Management Systems, Inc. | Attorney for Defendant Acartus, Inc. |

604830v1

OF COUNSEL:

KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
Randy Lipsitz
Jonathan M. Wagner
Norman C. Simon
1177 Avenue of the Americas
New York, NY  10036
(212) 715-9100

OF COUNSEL:

JONES DAY
Regan Fay
Meredith M. Wilkes
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
(216) 586-3939

Dated: October 12, 2005

SO ORDERED this \_\_\_\_\_ day of _____, 2005.

_____
The Honorable Sue L. Robinson
United States District Judge

604830v1