IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-346 SLR |
| ACARTUS, INC., | : | |
| Defendant. | : | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Plaintiff Mobius Management Systems, Inc., by its undersigned attorneys, pursuant to Local Rule 83.5 and the attached certifications, moves the admission *pro hac vice* of Randy Lipsitz, Jonathan M. Wagner, Marjorie E. Sheldon, and Norman C. Simon, all of Kramer Levin Naftalis & Frankel LLP, on plaintiff's behalf. In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney is being submitted to the Clerk's Office with this motion.

                THE BAYARD FIRM

                /s/ Kurt M. Heyman
                Kurt M. Heyman (# 3054)
                Patricia L. Enerio (# 3728)
                Email: kheyman@bayardfirm.com
                Email: penerio@bayardfirm.com
                222 Delaware Avenue, Suite 900
                P.O. Box 25130
                Wilmington, DE 19899
                (302) 655-5000

                Attorneys for Plaintiff
                Mobius Management Systems, Inc.

OF COUNSEL:

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Randy Lipsitz
Jonathan M. Wagner
Norman C. Simon
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Dated: October 25, 2005

                      SO ORDERED, this _____ day of October, 2005.

                      _____
                      United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

DATED: October 21, 2005        SIGNED: /s/ Randy Lipsitz
Randy Lipsitz
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

606067v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

DATED: October 23, 2005          SIGNED: /s/ Marjorie Sheldon
                                  Marjorie E. Sheldon
                                  Kramer Levin Naftalis & Frankel LLP
                                  1177 Avenue of the Americas
                                  New York, New York 10036
                                  (212) 715-9100

606067v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

DATED: 10/24/05               SIGNED: _____
                              Norman C. Simon
                              Kramer Levin Naftalis & Frankel LLP
                              1177 Avenue of the Americas
                              New York, New York 10036
                              (212) 715-9100

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

DATED: Oct 21, 2005             SIGNED: _____
                                Jonathan M. Wagner
                                Kramer Levin Naftalis & Frankel LLP
                                1177 Avenue of the Americas
                                New York, New York 10036
                                (212) 715-9100

606067v1

## CERTIFICATE OF SERVICE

I, Kurt M. Heyman, Esquire, do hereby certify that on October 25 , 2005, I caused a true and correct copy of the foregoing Motion and Order for Admission *Pro Hac Vice* to be served electronically and via hand delivery upon the following individual.

>Mary B. Graham, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE  19899-1347

_____
Kurt M. Heyman (# 3054)

606067v1