IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-346 SLR |
| ACARTUS, INC., | : |
| Defendant. | : |

**PLAINTIFF MOBIUS MANAGEMENT SYSTEMS, INC.'S
MOTION TO COMPEL DISCOVERY**

Plaintiff Mobius Management Systems, Inc. moves for an order, pursuant to Fed. R. Civ. P. 37, compelling defendant Acartus, Inc. to comply with Mobius' first and second requests for production of documents, on the grounds that (i) its failure to do so is in violation of a Court order, and (ii) Acartus has neither requested nor obtained a stay of discovery. In support of its motion, Mobius is submitting and relies upon an opening brief and the Declaration of Jonathan M. Wagner, Esq., co-counsel with The Bayard Firm to Mobius.

THE BAYARD FIRM

/s/ Kurt M. Heyman
Kurt M. Heyman (# 3054)
Email: kheyman@bayardfirm.com
Linda E. Beebe (# 4634)
Email: lbeebe@bayardfirm.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000

Attorneys for Plaintiff
Mobius Management Systems, Inc.

607307v1

OF COUNSEL:

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Randy Lipsitz
Jonathan M. Wagner
Marjorie E. Sheldon
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Dated: November 2, 2005

## CERTIFICATE OF SERVICE

Kurt M. Heyman, Esquire hereby certifies that on November 2, 2005, copies of the foregoing Plaintiff's Motion to Compel Discovery were served electronically and by hand delivery on counsel listed below:

>Mary B. Graham, Esquire
>Morris, Nichols, Arsht & Tunnell
>Chase Manhattan Centre, 18th Floor
>1201 North Market Street
>Wilmington, DE 19899-1347

_____
Kurt M. Heyman (# 3054)

607307v1