# EXHIBIT I

To The Declaration of Jonathan M. Wagner filed on November 2, 2005

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP

JONATHAN M. WAGNER
PARTNER
PHONE 212-715-9393
FAX 212-715-8393
JWAGNER@KRAMERLEVIN.COM

September 13, 2005

BY TELECOPIER

Regan J. Fay, Esq.
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Re: Mobius v. Acartus

Dear Regan:

On July 6, Judge Robinson entered an Order directing Acartus to "respond to plaintiff's first set of requests for the production of documents and things on or before July 22, 2005." At your request, we granted Acartus several extensions, until September 12, 2005.

Acartus in its document response did not produce any documents, but rather took the position that Mobius' request was "premature." However, Acartus never moved for relief from Judge Robinson's Order. And in fact, there is nothing premature about Mobius' now two-month old request, given that (i) Mobius' trade secrets claim is still pending, and (ii) Mobius' request for permanent injunctive relief and damages with respect to its trademark infringement and false adverting claims is still pending. Acartus is, in short, in violation of the Order.

Would you please confirm by the close of business tomorrow that Acartus will promptly produce the documents in question.

In addition, Mobius has learned that Acartus has continued to try to sell its Aperture One export utility even though Mobius has provided notice that such sales violate Mobius' intellectual property rights. Would you please confirm to me by the close of business tomorrow that Acartus has ceased such sales.

Yours truly,

Jonathan M. Wagner

JMW:jg

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP

Regan J. Fay, Esq.
September 13, 2005
Page 2

cc:    Randy Lipsitz, Esq.
       Norman C. Simon, Esq.
       Kurt Heyman, Esq. (by telecopier)

KL3 2465266.1