IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-346 SLR |
| | : | |
| ACARTUS, INC., | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF SUBPOENAS

TO:    Mary B. Graham, Esquire
        Morris Nichols Arsht & Tunnell
        222 Delaware Avenue, Suite 900
        Chase Manhattan Center, 18th Floor
        Wilmington, DE  19899-1347

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil

Procedure, plaintiff Mobius Management Systems, Inc. is serving the attached subpoenas on the

following non-parties for the production of documents identified in Schedule A of the subpoenas

by December 1, 2005:

- EMC Corporation
  176 South Street
  Hopkinton, MA  01748
  (Exhibit A hereto)

- Gimmal Group, Inc.
  24 Greenway Plaza, Suite 1000
  Houston, TX 77046
  (Exhibit B hereto)

- Cincinnati Financial Corporation
  6200 S. Gilmore Road
  Fairfield, OH 45014-5141
  (Exhibit C hereto)

THE BAYARD FIRM


_Linda E. Beebe_
Kurt M. Heyman (# 3054)
Email: kheyman@bayardfirm.com
Linda E. Beebe (# 4634)
Email: lbeebe@bayardfirm.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000

Attorneys for Plaintiff
Mobius Management Systems, Inc.


OF COUNSEL:

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Randy Lipsitz
Jonathan M. Wagner
Marjorie E. Sheldon
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100


Dated:  November 8, 2005

## CERTIFICATE OF SERVICE

Linda E. Beebe, Esquire hereby certifies that on November 8, 2005, copies of the foregoing Notice of Subpoenas were served electronically and by hand delivery on counsel listed below:

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, DE  19899-1347


_Linda E. Beebe_
Linda E. Beebe (# 4634)

608018v1