222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

# THE BAYARD FIRM
## A T T O R N E Y S

⊞ MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com

302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

(302) 429-4235
kheyman@bayardfirm.com

November 28, 2005

**VIA E-FILING**
**& HAND DELIVERY**

The Honorable Sue L. Robinson
U.S. District Court
for the District of Delaware
844 North King Street
Lock Box 31
Wilmington DE 19801

> RE:   *Mobius Management Systems, Inc. v. Acartus, Inc.*
> C.A. No. 05-346 SLR

Dear Chief Judge Robinson:

We represent plaintiff Mobius Management Systems. Briefing on defendant Acartus' Motion to Strike, Dismiss and Stay With Respect to the Amended Complaint (D.I. 30) is now complete. Additionally, briefing on Mobius' Motion to Compel Discovery (D.I. 37) will be completed on December 5. Pursuant to D. Del. LR 7.1.4, we respectfully request a consolidated oral argument on both motions, as they present overlapping issues. We further request that such argument be held as promptly as possible, as discovery in this action will be stalled until the motions are resolved.

Counsel are available should Your Honor have any questions.

Respectfully,

*Kurt M. Heyman*

Kurt M. Heyman (# 3054)

KMH/daa
Enclosures

cc:   Clerk, U.S. District Court (via hand delivery)
Mary B. Graham, Esquire (via hand delivery and electronic filing)
Jonathan M. Wagner, Esquire (via e-mail)

#31422-1
609791v1