IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-346 (SLR) |
| ACARTUS, INC., | : |
| Defendant. | : |

### NOTICE OF FIRM CHANGE

PLEASE TAKE NOTICE that Kurt M. Heyman, Esquire, and Patricia L. Enerio, Esquire, are now affiliated with the law firm of Proctor Heyman LLP, and they will remain as counsel of record for Plaintiff Mobius Management Systems, Inc. The law firm of Kramer Levin Naftalis & Frankel LLP will remain as co-counsel for Plaintiff.

PROCTOR HEYMAN LLP

_/s/ Kurt M. Heyman_
Kurt M. Heyman (# 3054)
Email: kheyman@proctorheyman.com
Patricia L. Enerio (# 3728)
Email: penerio@proctorheyman.com
1116 West Street
Wilmington, DE 19801
(302) 472-7300

Attorneys for Plaintiff

DATED: January 5, 2006

588996v1

## CERTIFICATE OF SERVICE

Kurt M. Heyman, Esquire hereby certifies that on January 5, 2006, a copy of the foregoing Notice of Firm Change were served electronically upon the following counsel:

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, DE 19899-1347

/s/ Kurt M. Heyman
Kurt M. Heyman (# 3054)

588996v1