

**PROCTOR HEYMAN LLP**
ATTORNEYS AT LAW

1116 West Street • Wilmington, Delaware 19801
Tel: 302.472.7300 • Fax: 302.472.7320 • www.proctorheyman.com

Direct Dial: (302) 472-7302
kheyman@proctorheyman.com

January 23, 2006

**VIA E-FILING**
**& HAND DELIVERY**

The Honorable Sue L. Robinson
U.S. District Court
for the District of Delaware
844 North King Street
Lock Box 31
Wilmington DE 19801

    RE:    *Mobius Management Systems, Inc. v. Acartus, Inc.*
              C.A. No. 05-346 SLR

Dear Chief Judge Robinson:

    Pursuant to Your Honor's January 4, 2006 Order for Scheduling Conference, and in anticipation of tomorrow's teleconference, enclosed is a proposed scheduling order setting forth the parties' competing proposals regarding a discovery plan for this matter.

    Counsel are available should Your Honor have any questions.

                            Respectfully,

                            Kurt M. Heyman (# 3054)

KMH/daa
Enclosures

cc:    Clerk, U.S. District Court (via hand delivery)
       Mary B. Graham, Esquire (via hand delivery and electronic filing)
       Jonathan M. Wagner, Esquire (via e-mail)

#31422-1