IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-346 SLR |
| ACARTUS, INC., | : | |
| Defendant. | : | |

### NOTICE OF SERVICE

TO: Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

PLEASE TAKE NOTICE that Plaintiff Mobius Management Systems, Inc's Initial Disclosure Pursuant to Federal Rule of Civil Procedure 26(a)(1) was served via hand delivery upon counsel listed above on August 17, 2005.

PROCTOR HEYMAN LLP

*/s/ Kurt M. Heyman*

Kurt M. Heyman (# 3054)
Patricia L. Enerio (# 3728)
Email: kheyman@proctorheyman.com
Email: penerio@proctorheyman.com
1116 West Street
Wilmington, DE 19801
(302) 472-7300

Attorneys for Plaintiff
Mobius Management Systems, Inc.

OF COUNSEL:

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Randy Lipsitz
Jonathan M. Wagner
Norman C. Simon
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100


DATED:      January 23, 2006