M*orris*, N*ichols*, A*rsht* & T*unnell* llp

1201 N*orth* M*arket* S*treet*
P.O. B*ox* 1347
W*ilmington*, D*elaware*  19899-1347

302 658 9200
302 658 3989 F*ax*

M*ary* B. G*raham*
*(302) 351-9287*
*mgraham@mnat.com*

January 23, 2005

**VIA E-FILING AND HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
Federal Building
844 King Street
Wilmington, DE  19801

   Re: *Mobius Management Systems, Inc. v. Acartus, Inc.*
     C.A. No. 05-346

Dear Chief Judge Robinson:

   Mr. Heyman's submission of earlier today (D.I. 49) with a joint proposed scheduling order to be discussed at tomorrow's 9:00 a.m. teleconference does not have defendant's correct position.  Attached is a form of order that includes plaintiff's position as stated in Mr. Heyman's submission, but with defendant's correct position.

           Respectfully,

           */s/ Mary B. Graham*

           Mary B. Graham

MBG/dam
Enclosure
cc: Kurt Heyman, Esquire (via e-filing)
   Regan J. Fay, Esquire
503157