IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ACARTUS, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 05-346 SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Defendant Acartus Inc.'s Disclosures Pursuant To Rule 26* were caused to be served on January 23, 2006 upon the following in the manner indicated:

**BY HAND**

Kurt Michael Heyman
PROCTOR HEYMAN LLP
1116 West Street
Wilmington, DE  19801

**BY FACSIMILE**:

Jonathan M. Wagner
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY  10036

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*
_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200

*Attorneys for Defendant Acartus, Inc.*

OF COUNSEL:

Regan Fay
Meredith M. Wilkes
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
Tele: 216.586.7231

Dated:  January 23, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Kurt Michael Heyman
> PROCTOR HEYMAN LLP
> 1116 West Street
> Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on January 23, 2006 upon the following individuals in the manner indicated:

### BY HAND:

Kurt Michael Heyman
PROCTOR HEYMAN LLP
1116 West Street
Wilmington, DE  19801

### BY FACSIMILE:

Jonathan M. Wagner
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY  10036

*/s/ Mary B. Graham*

Mary B. Graham (#2256)

479187