**PROCTOR HEYMAN LLP**
ATTORNEYS AT LAW

1116 West Street • Wilmington, Delaware 19801
Tel: 302.472.7300 • Fax: 302.472.7320 • www.proctorheyman.com

Direct Dial: (302) 472-7302
Email: kheyman@proctorheyman.com

January 31, 2006

**VIA E-FILING**
**& HAND DELIVERY**

The Honorable Sue L. Robinson
U.S. District Court
for the District of Delaware
844 North King Street
Lock Box 31
Wilmington DE 19801

    RE:   *Mobius Management Systems, Inc. v. Acartus, Inc.*
            C.A. No. 05-346 SLR

Dear Chief Judge Robinson:

    Enclosed is a proposed form of scheduling order implementing Your Honor's rulings during last week's scheduling teleconference. This form of order has been approved by counsel for both parties.

    Counsel are available should Your Honor have any questions.

                                                  Respectfully,

                                                Kurt M. Heyman (# 3054)

KMH/daa
Enclosure

cc:    Clerk, U.S. District Court (via hand delivery)
        Mary B. Graham, Esquire (via hand delivery and electronic filing)
        Jonathan M. Wagner, Esquire (via e-mail)

#31422-1