IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACARTUS INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 05-346 SLR |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the law firm of Jones Day (and all of its counsel admitted *pro hac vice* in this action) withdraws its appearance in this action for defendant, Acartus Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*
_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
302.658.9200

*Attorneys for Defendant Acartus Inc.*

OF COUNSEL:

Robert S. Frank Jr.
Paul D. Popeo
G. Mark Edgarton
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA  02110
617.248.5000

Dated: March 6, 2006
509513

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Kurt Michael Heyman
> PROCTOR HEYMAN LLP
> 1116 West Street
> Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 6, 2006 upon the following individuals in the manner indicated:

**BY HAND**:

Kurt Michael Heyman
PROCTOR HEYMAN LLP
1116 West Street
Wilmington, DE  19801

**BY FACSIMILE**:

Jonathan M. Wagner
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY  10036

*/s/ Mary B. Graham*
_____
Mary B. Graham (#2256)

479192