**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

March 14, 2006

Kurt Michael Heyman, Esq.
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801

Mary B. Graham, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

        Re: **Mobius Management Systems, Inc. V. Acartus, Inc., Civ. No. 05-346-SLR**

Dear Counsel:

    I am in receipt of the February 7, 2006 letter sent by plaintiff concerning the protective order. I allow in every case one in-house representative to view the most confidential of documents. If the parties to this case cannot agree on the individuals to have such access, I will schedule a hearing to have the proposed individuals come to court and answer inquiries, under oath, about their ability and intent to abide by the protective order.

    The appropriate response to this letter, if the parties are unable to resolve their dispute, is an email to my civil account requesting a hearing.

                                        Cordially,

                                        Sue L. Robinson

cc: Clerk of Court