IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACARTUS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 05-346 SLR |

## MOTION AND ORDER FOR PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached Certifications, counsel moves the admission *pro hac vice* of Robert S. Frank Jr., Paul D. Popeo, and G. Mark Edgarton of Choate, Hall & Stewart LLP to represent defendant, Acartus, Inc., in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
302.658.9200

*Attorneys for Defendant Acartus, Inc.*

Dated: March 15, 2006
509499

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Robert S. Frank Jr., certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 3/13/06

Robert S. Frank Jr.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
617-248-5000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Paul D. Popeo, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: March 9, 2006

Paul D. Popeo
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
617-248-5000

4053643v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, G. Mark Edgarton, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: March 9, 2006

G. Mark Edgarton
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
617-248-5000

4053642v1

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Kurt Michael Heyman
> PROCTOR HEYMAN LLP
> 1116 West Street
> Wilmington, DE 19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 15, 2006 upon the following individuals in the manner indicated:

**BY HAND**:

> Kurt Michael Heyman
> PROCTOR HEYMAN LLP
> 1116 West Street
> Wilmington, DE 19801

**BY FACSIMILE**:

> Jonathan M. Wagner
> KRAMER LEVIN NAFTALIS & FRANKEL LLP
> 1177 Avenue of the Americas
> New York, NY 10036

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)

479192