IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-346 SLR |
| | ) | |
| ACARTUS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of (1) *Acartus, Inc.'s Amended And Supplemental Responses And Objections To Plaintiff's First Set Of Requests For Production Of Documents And Things* and (2) *Acartus, Inc.'s Amended And Supplemental Responses And Objections To Plaintiff's Second Set Of Requests For Production Of Documents And Things* were caused to be served on July 12, 2006 upon the following in the manner indicated:

| BY E-MAIL | BY E-MAIL: |
|---|---|
| Kurt Michael Heyman | Jonathan M. Wagner |
| PROCTOR HEYMAN LLP | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| 1116 West Street | 1177 Avenue of the Americas |
| Wilmington, DE 19801 | New York, NY 10036 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

*/s/ Mary B. Graham*
_____

Robert S. Frank Jr.
Paul D. Popeo
G. Mark Edgarton
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
617.248.5000

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
302.658.9200

*Attorneys for Defendant Acartus, Inc.*

Dated: July 12, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Kurt Michael Heyman
> PROCTOR HEYMAN LLP
> 1116 West Street
> Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 12, 2006 upon the following individuals in the manner indicated:

**BY E-MAIL**:

> Kurt Michael Heyman
> PROCTOR HEYMAN LLP
> 1116 West Street
> Wilmington, DE  19801

**BY E-MAIL**:

> Jonathan M. Wagner
> KRAMER LEVIN NAFTALIS & FRANKEL LLP
> 1177 Avenue of the Americas
> New York, NY  10036

*/s/ Mary B. Graham*

Mary B. Graham (#2256)

479187