IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MOBIUS MANAGEMENT SYSTEMS, INC., :
                                       :
                  Plaintiff,       :
                                         :
          v.                      :     C.A. No. 05-346 SLR
                                         :
ACARTUS, INC.,                        :
                                         :
                Defendant.      :

## <u>RE-NOTICE OF DEPOSITIONS</u>

TO:     Mary B. Graham, Esquire                G. Paul Edgarton, Esquire
          James W. Parrett, Jr., Esquire        CHOATE, HALL & STEWART LLP
          MORRIS, NICHOLS, ARSHT         Two International Place
           & TUNNELL LLP                     Boston, MA 02110
          1201 North Market Street
          Wilmington, DE 19899-1347

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, plaintiff Mobius Management Systems, Inc. will take the deposition of Acartus, Inc. by the following officers or agents, before a notary public or other officer authorized by law to administer oaths, at the offices of Proctor Heyman LLP, 1116 West Street, Wilmington, Delaware, at the dates and times set forth below, or at such other dates and times agreed upon by counsel for the parties:

       1.      Bradley J. Florin on September 5, 2006 at 9:00 A.M.

       2.      Mark Stephens on September 6, 2006 at 9:00 A.M.

       3.      James Perkins on September 7, 2006 at 9:00 A.M.

PROCTOR HEYMAN LLP

*Kurt M. Heyman*

Kurt M. Heyman (# 3054)
Email: kheyman@proctorheyman.com
Patricia L. Enerio (# 3728)
Email: penerio@proctorheyman.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000

Attorneys for Plaintiff
Mobius Management Systems, Inc.


OF COUNSEL:

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Randy Lipsitz
Jonathan M. Wagner
Norman C. Simon
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100


Dated:  July 28, 2006

## CERTIFICATE OF SERVICE

Kurt M. Heyman, Esquire, hereby certifies that on July 28, 2006, copies of the foregoing

Re-Notice of Deposition were served upon the following:

### VIA E-MAIL & HAND DELIVERY

Mary B. Graham, Esquire
James W. Parrett, Jr., Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

### VIA E-MAIL

G. Paul Edgarton, Esquire
Choate, hall & Stewart LLP
Two International Place
Boston, MA 02110

Kurt M. Heyman (# 3054)