IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MOBIUS MANAGEMENT SYSTEMS, INC., :
　　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiff,　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　　v.　　　　　　　　　　　　: C.A. No. 05-346 SLR
　　　　　　　　　　　　　　　　　:
ACARTUS, INC.,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　　　　Defendant.　　　　　　:

TO:　Mary B. Graham, Esquire　　　　　　Paul D. Popeo, Esquire
　　　Morris Nichols Arsht & Tunnell　　　Choate, Hall & Stewart LLP
　　　1201 North Market Street　　　　　Two International Place
　　　Wilmington, DE  19801　　　　　　Boston, MA 02110

**NOTICE OF SUBPOENAS**

PLEASE TAKE NOTICE that, pursuant to Rules 30, 34 and 45 of the Federal Rules of Civil Procedure, plaintiff Mobius Management Systems, Inc. is serving the attached subpoenas on the following non-parties, seeking deposition testimony and/or the production of documents on the dates set forth below:

| Entity | Date of Document Production | Date of Deposition |
| --- | --- | --- |
| Cincinnati Financial Corporation | N/A | August 24, 2006 |
| Discover Financial Services, Inc. | August 11, 2006 | August 25, 2006 |
| EMC Corporation | N/A | August 28, 2006 |
| Gimmal Group, Inc. | N/A | August 21, 2006 |

- 2 -

        PROCTOR HEYMAN LLP

        */s/ Patricia L. Enerio*
        Kurt M. Heyman (# 3054)
        e-mail: kheyman@proctorheyman.com
        Patricia L. Enerio (# 3728)
        e-mail: penerio@proctorheyman.com
        1116 West Street
        Wilmington, DE 19801
        (302) 472-7300

        Attorneys for Plaintiff
        Mobius Management Systems, Inc.

OF COUNSEL:

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Randy Lipsitz
Jonathan M. Wagner
Marjorie E. Sheldon
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Dated: August 1, 2006