**CERTIFICATE OF SERVICE**

Patricia L. Enerio, Esquire, hereby certifies that on August 1, 2006, copies of the foregoing Notice of Subpoenas were served upon the following:

**VIA E-MAIL & HAND DELIVERY**

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

**VIA E-MAIL**

Paul D. Popeo, Esquire
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110

_____
Patricia L. Enerio (# 3728)