IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., : <br>    : <br> Plaintiff, : <br>    : <br> v. : <br>    : <br> ACARTUS, INC., : <br>    : <br> Defendant. : | C.A. No. 05-346 SLR |

### NOTICE OF SERVICE

TO:  Mary B. Graham, Esquire
     Morris, Nichols, Arsht & Tunnell
     1201 North Market Street
     P.O. Box 1347
     Wilmington, DE 19899

PLEASE TAKE NOTICE that Plaintiff Mobius Management Systems, Inc's Third Set of Requests for the Production of Documents and Things and this Notice of Service were served via hand delivery upon counsel listed above on August 10, 2006.

                              PROCTOR HEYMAN LLP

                              _____
                              Kurt M. Heyman (# 3054)
                              Email: kheyman@proctorheyman.com
                              Patricia L. Enerio (# 3786)
                              Email: penerio@proctorheyman.com
                              1116 West Street
                              Wilmington, DE 19801
                              (302) 472-7300

                              Attorneys for Plaintiff
                              Mobius Management Systems, Inc.

2

OF COUNSEL:

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Randy Lipsitz
Jonathan M. Wagner
Marjorie E. Sheldon
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100


DATED:      August 10, 2006