IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MOBIUS MANAGEMENT SYSTEMS, INC., :
                                                 :
             Plaintiff,           :
                                                 :
             v.                        : C.A. No. 05-346 SLR
                                                 :
ACARTUS, INC.,                        :
                                                 :
             Defendant.    :

**STIPULATION AND ORDER**
**MODIFYING DISCOVERY SCHEDULE**

      IT IS HEREBY STIPULATED AND AGREED, by plaintiff Mobius Management Systems, Inc. and defendant Acartus, Inc., through their undersigned counsel, subject to the approval of the Court, that paragraphs 2(b) and 2(h), relating to the dates for fact and expert discovery, of the Scheduling Order (D.I. 55) entered on February 1, 2006, shall be modified as follows, without altering the dates for summary judgment briefing or trial:

      1.      All fact discovery shall be commenced in time to be completed by December 1, 2006, and all expert discovery shall be commenced in time to be completed by January 24, 2007.

      2.      Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof shall be due by December 8, 2006, and opposing expert reports due by January 8, 2007.

3. The Scheduling Order (D.I. 55) entered on February 1, 2006 shall otherwise remain in effect.

| PROCTOR HEYMAN LLP | MORRIS NICHOLS ARSHT & TUNNELL LLP |
|---|---|
| /s/ Kurt M. Heyman<br>Kurt M. Heyman (# 3054)<br>Email: kheyman@proctorheyman.com<br>1116 West Street<br>Wilmington, DE 19801<br>(302) 472-7300 | /s/ Mary B. Graham<br>Mary B. Graham (# 2256)<br>Email: mgraham@mnat.com<br>Chase Manhattan Center, 18th Floor<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>(302) 658-9200 |
| Attorney for Plaintiff<br>Mobius Management Systems, Inc. | Attorney for Defendant Acartus, Inc. |
| OF COUNSEL: | OF COUNSEL: |
| KRAMER LEVIN NAFTALIS<br>& FRANKEL LLP<br>Randy Lipsitz<br>Jonathan M. Wagner<br>Marjorie E. Sheldon<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9100 | CHOATE, HALL & STEWART LLP<br>G. Paul Edgarton<br>Two International Place<br>Boston, MA 02110<br>(617) 248-5101 |

SO ORDERED this ___ day of _____, 2006.

_____
The Honorable Sue L. Robinson
United States District Judge