IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-346 SLR |
| ACARTUS, INC., | : |
| Defendant. | : |

**STIPULATION AND ORDER**
**PERMITTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by plaintiff Mobius Management Systems, Inc. and defendant Acartus, Inc., through their undersigned counsel, subject to the approval of the Court, that:

1. Plaintiff shall be permitted to file a Second Amended Complaint that, among other things, adds EMC Corporation ("EMC") as a defendant in this action. Pursuant to D. Del. LR 15.1, an unsigned copy of Plaintiff's proposed Second Amended Complaint (without exhibits) is attached as Exhibit A hereto; and a blacklined version of Plaintiff's proposed Second Amended Complaint, indicating the respects in which it differs from the pleading which it amends, is attached as Exhibit B hereto.[1]

2. Counsel for defendant Acartus, Inc. will represent EMC Corporation in this action, and have agreed to accept service of the Second Amended Complaint on behalf of EMC Corporation.

---

[1] The exhibits are being filed under seal.

3. Service of Plaintiff's Second Amended Complaint shall be effective upon its filing, after entry of this Order.

| PROCTOR HEYMAN LLP | MORRIS NICHOLS ARSHT & TUNNELL LLP |
|---|---|
| /s/ Kurt M. Heyman | /s/ Mary B. Graham |
| Kurt M. Heyman (# 3054) | Mary B. Graham (# 2256) |
| Email: kheyman@proctorheyman.com | Email: mgraham@mnat.com |
| 1116 West Street | Chase Manhattan Center, 18th Floor |
| Wilmington, DE 19801 | 1201 North Market Street |
| (302) 472-7300 | Wilmington, DE 19899-1347 |
| | (302) 658-9200 |
| Attorney for Plaintiff | Attorney for Defendant Acartus, Inc. |
| Mobius Management Systems, Inc. | |

OF COUNSEL:

KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
Randy Lipsitz
Jonathan M. Wagner
Marjorie E. Sheldon
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

OF COUNSEL:

CHOATE, HALL & STEWART LLP
Robert S. Frank Jr.
Paul D. Popeo
G. Mark Edgarton
Two International Place
Boston, MA 02110
(617) 248-5101

SO ORDERED this ___ day of _____, 2006.

_____
The Honorable Sue L. Robinson
United States District Judge