# EXHIBIT A

**To The Stipulation and Order
Permitting Plaintiff Leave to File Second Amended Complaint**

# SEALED DOCUMENT