IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-346 SLR |
| ACARTUS, INC., | : | |
| Defendant. | : | |

**NOTICE OF SERVICE**

TO:   Mary B. Graham, Esquire
      Morris, Nichols, Arsht & Tunnell
      1201 North Market Street
      P.O. Box 1347
      Wilmington, DE 19899

PLEASE TAKE NOTICE that Plaintiff Mobius Management Systems, Inc's Response to Defendant's Second Set of Requests for the Production of Documents and Things and this Notice of Service were served via hand delivery upon counsel listed above on August 21, 2006.

PROCTOR HEYMAN LLP

_/s/ Kurt M. Heyman_
Kurt M. Heyman (# 3054)
Email: kheyman@proctorheyman.com
Patricia L. Enerio (# 3786)
Email: penerio@proctorheyman.com
1116 West Street
Wilmington, DE 19801
(302) 472-7300

Attorneys for Plaintiff
Mobius Management Systems, Inc.

2

OF COUNSEL:

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Randy Lipsitz
Jonathan M. Wagner
Marjorie E. Sheldon
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100


DATED:      August 21, 2006