IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC.,        )<br>                                                                          )<br>                    Plaintiff,                          )<br>                                                                          )<br>             v.                                                      )         Civil Action No. 05-346 SLR<br>                                                                          )<br>ACARTUS, INC.,                                          )<br>                                                                          )<br>                    Defendant.                      )<br>                                                                          ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Defendant's Third Request for Production of Documents and Things* were caused to be served on September 6, 2006 upon the following in the manner indicated:

**BY E-MAIL AND HAND DELIVERY:**

Kurt Michael Heyman
PROCTOR HEYMAN LLP
1116 West Street
Wilmington, DE  19801

**BY E-MAIL**:

Jonathan M. Wagner
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY  10036

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*
_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
302.658.9200

OF COUNSEL:

Robert S. Frank Jr.
Paul D. Popeo
G. Mark Edgarton
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA  02110
617.248.5000

*Attorneys for Defendant Acartus, Inc.*

Dated:  September 6, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Kurt Michael Heyman
> PROCTOR HEYMAN LLP
> 1116 West Street
> Wilmington, DE 19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on September 6, 2006 upon the following individuals in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**:

Kurt Michael Heyman
PROCTOR HEYMAN LLP
1116 West Street
Wilmington, DE 19801

**BY E-MAIL**:

Jonathan M. Wagner
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)

479187