# EXHIBIT A

**TO PLAINTIFF'S SECOND AMENDED COMPLAINT**



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*To avoid CANCELLATION of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date. (See next page for more information.) Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. (See next page for information on maintenance requirements for successive ten-year periods.)*



*Acting Director of the United States Patent and Trademark Office*

Int. Cls.: 9, 41 and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,874,146
Registered Aug. 17, 2004

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

### MOBIUS

MOBIUS MANAGEMENT SYSTEMS, INC. (DELAWARE CORPORATION)
120 OLD POST ROAD
RYE, NY 10580

FOR: DATABASE MANAGEMENT SOFTWARE, NAMELY, NETWORK AND WEB-BASED DOCUMENT AND INFORMATION MANAGEMENT, CAPTURE, STORAGE, RETRIEVAL, FORMATTING, INDEXING, CONVERSION, MIGRATION, VIEWING, REPORTING AND ARCHIVING; AND COMPUTER SOFTWARE FOR USE IN ELECTRONIC INVOICE, BILL AND STATEMENT PRESENTMENT AND PROCESSING OF PAYMENTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-24-1982; IN COMMERCE 11-24-1982.

FOR: EDUCATIONAL SERVICES, NAMELY, COMPUTER MANAGEMENT TRAINING IN THE FIELDS OF NETWORK AND WEB-BASED DOCUMENT AND INFORMATION MANAGEMENT, CAPTURE, STORAGE, RETRIEVAL, FORMATTING, INDEXING, CONVERSION, MIGRATION, VIEWING, REPORTING AND ARCHIVING, BILL AND STATEMENT PRESENTMENT AND PROCESSING OF PAYMENTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-24-1982; IN COMMERCE 11-24-1982.

FOR: COMPUTER SOFTWARE CONSULTATION, DESIGN, DEVELOPMENT, PROGRAMMING, INSTALLATION, AND MAINTENANCE FOR OTHERS IN THE FIELDS OF NETWORK AND WEB-BASED DOCUMENT AND INFORMATION MANAGEMENT, CAPTURE, STORAGE, RETRIEVAL, FORMATTING, INDEXING, CONVERSION, MIGRATION, VIEWING, REPORTING, ARCHIVING AND ELECTRONIC INVOICE, BILL, AND STATEMENT PRESENTMENT AND PROCESSING OF PAYMENT; TECHNICAL SUPPORT SERVICES, NAMELY, TROUBLESHOOTING OF COMPUTER SOFTWARE PROBLEMS IN THE FIELDS OF NETWORK AND WEB-BASED DOCUMENT AND INFORMATION MANAGEMENT, CAPTURE, STORAGE, RETRIEVAL, FORMATTING, INDEXING, CONVERSION, MIGRATION, VIEWING, REPORTING, ARCHIVING, AND ELECTRONIC INVOICE, BILL AND STATEMENT PRESENTMENT AND PROCESSING OF PAYMENTS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 11-24-1982; IN COMMERCE 11-24-1982.

OWNER OF U.S. REG. NOS. 2,177,766, 2,717,149 AND OTHERS.

SER. NO. 76-552,296, FILED 10-17-2003.

ESTHER A. BORSUK, EXAMINING ATTORNEY