# EXHIBIT C

**PLAINTIFF'S SECOND AMENDED COMPLAINT**



Mobius ViewDirect Replacement Strategy
ApertureONE Mobius DAF Export Utility

# Mobius ViewDirect Replacement Strategy

## ApertureONE Mobius DAF Export Utility

### The Challenges of Content Management Evolution

Enterprise content management (ECM) platforms have become a driving force of change in today's business IT infrastructure. True ECM solutions offer the allure of an end-to-end solution for creation, centralized management and universal dispersion of all content across an enterprise, with all of the resulting cost savings and critical business efficiencies. Unfortunately for most organizations, implementing or replacing an ECM platform poses a series of logistical hurdles.

Chief among these challenges is deciding the fate of enterprise reports and fixed content, which represent an enormous volume of content locked into proprietary silos. Due to proprietary storage models such as Mobius' DAF format, continued access of this content has posed some difficult decisions for enterprises. Companies have had to either perform a manual transformation of content, or continued to support their deep archive storage.

Manually transforming legacy content, whether performed internally or outsourced to a services group, poses a tremendous cost of time and resources. Continuing to support a legacy archival system such as Mobius perpetuates a series of unnecessary licensing, services and maintenance costs; at a higher level, redundant legacy support runs against to the vision and benefits of embracing a new ECM platform.

### Legacy Migration Solutions

For organizations seeking a complete Mobius replacement strategy, ApertureONE offers the Mobius DAF Export utility as part of its enterprise report management (ERM) solution. The Mobius DAF Export utility enables customers to migrate entire archives out of the DAF format and into an open-standard specification. Once normalized, this content can be stored in an ApertureONE repository for an independent ERM solution, or can be placed into a Documentum ECM platform for full content integration. Migration capabilities complement ApertureONE's ability to capture all day forward content directly from line of business systems, allowing companies to keep all content, past and present, in a single format and repository.

enterprise report management evolved

© Copyright 2005, Acartus, Inc. All Rights Reserved Worldwide.
enterprise report management evolved

sales 970.212.7002
web www.acartus.com

**Mobius ViewDirect Replacement Strategy**
ApertureONE Mobius DAF Export Utility



## Content Ownership through Open Standards

The challenge of legacy content migration is the inability of proprietary format to reside in alternate repositories. Therefore, transforming content from one proprietary specification to another is not a true migration solution. ApertureONE converts both legacy and day-forward input to portable document format (PDF). PDF is a fully open-standard specification, designed to preserve its original content and appearance for any user who accesses a PDF document. PDF has long been the de facto standard for digital archival in both private and public sectors. An ISO standard is currently under development to designate PDF as the true standard for digital document archival.

Storing all fixed content as PDF offers several benefits, including file compression, reduced object overhead in the repository file system, and the assurance that the format will meet emerging guidelines for digital compliance. In addition to these technical and legal benefits, by adhering to open-standard storage customers take true ownership of their content, ensuring future portability and accessibility.

## ApertureONE for Documentum: Integrated Report Management

For companies exploring or replacing their Mobius platform with Documentum, ApertureONE offers significant value. The only scalable, cross-platform ERM integration for Documentum, ApertureONE captures, processes and places fixed content into the Documentum content repository. A deep, server-level integration, ApertureONE uses Documentum APIs to store content with applied content-process fusion, such as workflow initiation, security, lifecycle and records management. Through this integration, Documentum customers achieve full ERM/IDARS capabilities through their ECM platform.

## Beyond Archival: ERM Evolved

Acartus is committed to providing scalable, open standards solutions. Through ApertureONE, customers can leverage the Mobius DAF export module to rescue high volumes of valuable fixed content locked in deep archives. Our proven technology ensures migrations run smoothly and rapidly, without the considerable investment and questionable reliability of custom, one-off solutions. Once migrated, customers can expect that all legacy and day forward fixed content will be uniformly stored in an open-standard format. ApertureONE also offers Distribution Server and Mining Server, which further extends the value of fixed content. Distribution Server delivers true email distribution of content. Mining Server offers the exclusive ability to leverage the entire ERM repository as a data warehouse. Mining Server performs deep mining and makes this data available to both business intelligence platforms (Cognos, Business Objects, MicroStrategy etc.) and reporting tools (Crystal Reports, etc.).

With enterprise-class scalability, open-standards storage, cross-platform capability, and the ability to perform content aware migrations of files stored in Mobius DAF format, ApertureONE provides a solution for organizations seeking to move their fixed content out of Mobius repository silos. For more information about ApertureONE ERM solutions, including legacy migration, independent and integrated report management, distribution or mining services, please call 970.212.7002 to speak with an ApertureONE product sales representative.

enterprise report management evolved

© Copyright 2005, Acartus, Inc. All Rights Reserved Worldwide.
enterprise report management **evolved**

sales 970.212.7002
web www.acartus.com