## CERTIFICATE OF SERVICE

Patricia L. Enerio, Esquire, hereby certifies that on September 7, 2006, copies of the foregoing Second Amended Complaint were served via electronic filing and hand delivery to the parties listed below:

>Mary B. Graham, Esquire
>Morris, Nichols, Arsht & Tunnell
>2101 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899

_____
Patricia L. Enerio (# 3728)