IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-346 SLR |
| ACARTUS, INC., | : | |
| Defendant. | : | |

**NOTICE OF SUBPOENA**

TO:   Mary B. Graham, Esquire
Morris Nichols Arsht & Tunnell
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

PLEASE TAKE NOTICE that, pursuant to Rules 30, 34 and 45 of the Federal Rules of Civil Procedure, plaintiff Mobius Management Systems, Inc. is serving the attached subpoena on Federal Express Corporation, seeking deposition testimony and the production of documents on the dates set forth therein.

PROCTOR HEYMAN LLP

/s/ Patricia Enerio
Kurt M. Heyman (# 3054)
E-mail: kheyman@proctorheyman.com
Patricia L. Enerio (# 3728)
E-mail: penerio@proctorheyman.com
1116 West Street
Wilmington, DE 19801
(302) 472-7300

Attorneys for Plaintiff
Mobius Management Systems, Inc.

OF COUNSEL:

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Randy Lipsitz
Jonathan M. Wagner
Marjorie E. Sheldon
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Dated: September 13, 2006