IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOBIS MANAGEMENT SYSTEMS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-346-SLR |
| | : | |
| ACARTUS, INC., | : | |
| | : | |
| Defendant. | : | |

### ORDER

At Wilmington this **11th** day of **October, 2006,**

IT IS ORDERED that the mediation conference scheduled for Thursday, October 26, 2006 at 10:00 a.m. shall now begin at **11:00 a.m.**  All other provisions of the Court's March 20, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE