IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., : | |
| Plaintiff, : | |
| v. : | C.A. No. 05-346 SLR |
| ACARTUS, INC., and EMC CORPORATION : | |
| Defendant. : | |

### NOTICE OF DEPOSITION

TO: Mary B. Graham, Esquire  
Morris, Nichols, Arsht & Tunnell  
1201 North Market Street  
Wilmington, DE 19899-1347

G. Mark Edgarton, Esquire  
Choate, Hall & Stewart LLP  
Two International Place  
Boston, MA 02110

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, plaintiff Mobius Management Systems, Inc. will take the deposition of defendants, by Jeffrey Cowen, before a notary public or other officer authorized by law to administer oaths, at the offices of Choate, Hall & Stewart LLP, Two International Place, Boston, Massachusetts, on November 21, 2006, beginning at 9:00 a.m.

PROCTOR HEYMAN LLP

_____
Kurt M. Heyman (#3054)
E-mail: kheyman@proctorheyman.com
Patricia L. Enerio (#3728)
E-mail: penerio@proctorheyman.com
1116 West Street
Wilmington, DE 19801
(302) 472-7300

Attorneys for Plaintiff Mobius Management Systems, Inc.

OF COUNSEL:

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Randy Lipsitz
Jonathan M. Wagner
Marjorie E. Sheldon
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100


Dated: October 25, 2006

## CERTIFICATE OF SERVICE

Patricia L. Enerio, Esquire, hereby certifies that on October 25, 2006, copies of the foregoing Notice of Deposition were served upon the following:

### VIA E-FILING

Mary B. Graham, Esquire
James W. Parrett, Jr., Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

### VIA E-MAIL

G. Paul Edgarton, Esquire
Choate, hall & Stewart LLP
Two International Place
Boston, MA 02110

_____
Patricia L. Enerio (# 3728)