IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MOBIUS MANAGEMENT SYSTEMS, INC.,        )
                                        )
               Plaintiff,               )
                                        )
        v.                              )        C.A. No. 05-346 SLR
                                        )
ACARTUS, INC. and EMC CORPORATION,      )
                                        )
               Defendants.              )
                                        )

## NOTICE OF SERVICE OF SUBPOENAS

TO:     Kurt Michael Heyman              Jonathan M. Wagner
        PROCTOR HEYMAN LLP               KRAMER LEVIN NAFTALIS & FRANKEL LLP
        1116 West Street                 1177 Avenue of the Americas
        Wilmington, DE  19801            New York, NY  10036


        PLEASE TAKE NOTICE that Defendants served the attached subpoenas on the

following third-parties commanding production of documents and things:

                BMC Software, Inc. (Exhibit A)

                Data Strategies Interntional, Inc. (Exhibit B)

                Systemware, Inc. (Exhibit C)

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ James W. Parrett, Jr.*

                                        _____
OF COUNSEL:                             Mary B. Graham (#2256)
                                        James W. Parrett, Jr. (#4292)
Robert S. Frank Jr.                     1201 N. Market Street
Paul D. Popeo                           P.O. Box 1347
G. Mark Edgarton                        Wilmington, DE 19801
CHOATE, HALL & STEWART LLP              302.658.9200
Two International Place
Boston, MA  02110                       *Attorneys for Defendants Acartus, Inc.*
617.248.5000                            *and EMC Corporation*


Dated: November 7, 2006