IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-346 SLR |
| ) | |
| ACARTUS, INC. and EMC CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SERVICE OF SUBPOENA

TO:  Kurt Michael Heyman                Jonathan M. Wagner
 PROCTOR HEYMAN LLP                KRAMER LEVIN NAFTALIS & FRANKEL LLP
 1116 West Street                  1177 Avenue of the Americas
 Wilmington, DE 19801              New York, NY 10036

PLEASE TAKE NOTICE that Defendants served the attached subpoena on the following third-party commanding appearance and the production of documents and things:

Real Vision Software, Inc. (Exhibit A)

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*
_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
302.658.9200

*Attorneys for Defendants Acartus, Inc. and EMC Corporation*

OF COUNSEL:

Robert S. Frank Jr.
Paul D. Popeo
G. Mark Edgarton
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
617.248.5000

Dated: November 16, 2006
545972

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Kurt Michael Heyman
> PROCTOR HEYMAN LLP
> 1116 West Street
> Wilmington, DE  19801

Additionally, I hereby certify that true and correct copy of the foregoing was caused to be served on November 16, 2006 upon the following individuals in the manner indicated:

<u>BY E-MAIL AND HAND DELIVERY</u>:

Kurt Michael Heyman
PROCTOR HEYMAN LLP
1116 West Street
Wilmington, DE  19801

<u>BY E-MAIL</u>:

Jonathan M. Wagner
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY  10036

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett (#4292)