IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MOBIUS MANAGEMENT SYSTEMS, INC., :
             :
      Plaintiff,   :
             :
    v.       : C.A. No. 05-346 SLR
             :
ACARTUS, INC.,       :
             :
      Defendant.  :

## NOTICE OF SERVICE

TO: Mary B. Graham, Esquire
   Morris, Nichols, Arsht & Tunnell
   1201 North Market Street
   P.O. Box 1347
   Wilmington, DE 19899

   PLEASE TAKE NOTICE that Plaintiff Mobius Management Systems, Inc.'s Response to

Defendant's Fourth Set of Requests for the Production of Documents and Things and this Notice

of Service were served via hand delivery upon counsel listed above on November 29, 2006.

        PROCTOR HEYMAN LLP

        _____
        Kurt M. Heyman (# 3054)
        Email:  kheyman@proctorheyman.com
        Patricia L. Enerio (# 3786)
        Email:  penerio@proctorheyman.com
        1116 West Street
        Wilmington, DE 19801
        (302) 472-7300

        Attorneys for Plaintiff
        Mobius Management Systems, Inc.

OF COUNSEL:

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Randy Lipsitz
Jonathan M. Wagner
Marjorie E. Sheldon
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100


DATED:      November 29, 2006