IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-346 SLR |
| | ) | |
| ACARTUS, INC. and EMC CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

The Court, having considered the parties' Joint Motion For Extension of Discovery and Summary Judgment Deadlines ("Motion"), and having found good cause therefor,

IT IS HEREBY ORDERED this ___ day of _____, 2006, that the Motion is GRANTED, and the Scheduling Order (D.I. 55) is modified as follows:

1. All fact discovery shall be commenced in time to be completed by February 1, 2007, and all expert discovery shall be commenced in time to be completed by March 26, 2007.

2. Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof shall be due by February 8, 2007, and opposing expert reports due by March 8, 2007.

3. All summary judgment motions shall be served and filed with an opening brief no later than April 2, 2007.

4. The Scheduling Order (D.I. 55) shall otherwise remain in effect.

_____
UNITED STATES DISTRICT JUDGE