IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-346 SLR |
| ACARTUS, INC., and EMC CORPORATION | : | |
| Defendant. | : | |

## STIPULATION AND ORDER

It is hereby stipulated and agreed by and between plaintiff Mobius Management Systems, Inc. ("Mobius") and defendants Acartus, Inc. ("Acartus") and EMC Corporation ("EMC"), through their undersigned counsel, as follows:

1. Acartus and EMC shall permanently refrain from using in connection with the sale, offering for sale, distribution, promotion or advertising of their services or products, the marks "Mobius DAF Export Utility," "Mobius Replacement Solution," and "ApertureONE Extraction Utility for Mobius DAF Files," and shall permanently refrain from using, as a source identifier in the name of an Acartus or EMC product or service, the terms "Mobius" or "ViewDirect," or substantially identical terms.

2. Counts I and II of Second Amended Complaint are otherwise dismissed with prejudice, with each party to bear its own fees and expenses that relate to those two claims.

| PROCTOR HEYMAN LLP | MORRIS NICHOLS ARSHT & TUNNELL LLP |
|---|---|
| /s/ Kurt M. Heyman | /s/ Mary B. Graham |
| Kurt M. Heyman (# 3054) | Mary B. Graham (# 2256) |
| E-mail: kheyman@proctorheyman.com | E-mail: mgraham@mnat.com |
| 1116 West Street | Chase Manhattan Center, 18th Floor |
| Wilmington, DE 19801 | 1201 North Market Street |
| (302) 472-7300 | Wilmington, DE 19899-1347 |
|  | (302) 658-9200 |
| Attorney for Plaintiff Mobius Management Systems, Inc. | Attorney for Defendant Acartus, Inc. |

OF COUNSEL:

KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
Randy Lipsitz
Jonathan M. Wagner
Marjorie E. Sheldon
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

OF COUNSEL:

CHOATE, HALL & STEWART LLP
Robert S. Frank Jr.
Paul D. Popeo
G. Mark Edgarton
Two International Place
Boston, MA 02110
(617) 248-5101

SO ORDERED this ___ day of _____, 200__.

_____
The Honorable Sue L. Robinson
United States District Judge