IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-346 SLR |
| | ) | |
| ACARTUS, INC. and EMC CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF DEPOSITION OF STEPHEN TONCHEN

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for defendants Acartus, Inc. and EMC Corporation shall take the deposition by oral examination of Stephen Tonchen on February 28, 2007 at 9:00 am at the offices of Kramer, Levin, Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036. The deposition will be taken before an officer duly authorized to administer oaths and will continue from day to day until completed. The deposition may be recorded by stenographic, audio and audiovisual means. You are invited to attend and cross-examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*
_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
302.658.9200

*Attorneys for Defendants Acartus, Inc.
and EMC Corporation*

OF COUNSEL:

Robert S. Frank Jr.
Paul D. Popeo
G. Mark Edgarton
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
617.248.5000

Dated: February 20, 2007
746369

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Kurt Michael Heyman
>PROCTOR HEYMAN LLP
>1116 West Street
>Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on February 20, 2007 upon the following individuals in the manner indicated:

>**BY E-MAIL AND HAND DELIVERY**:
>
>Kurt Michael Heyman
>PROCTOR HEYMAN LLP
>1116 West Street
>Wilmington, DE  19801
>
>**BY E-MAIL**:
>
>Jonathan M. Wagner
>KRAMER LEVIN NAFTALIS & FRANKEL LLP
>1177 Avenue of the Americas
>New York, NY  10036

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett (#4292)

746369