IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACARTUS, INC. and EMC CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) CIVIL ACTION NO. 05-346 SLR ) ) ) ) ) ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Acartus, Inc. and EMC Corporation hereby move for summary judgment dismissing each of plaintiff Mobius Management Systems, Inc.'s claims. The grounds for this motion are set forth in the accompanying Memorandum in Support of Defendants' Motion for Summary Judgment.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr. (#4292)*
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
302.658.9200

OF COUNSEL:

Robert S. Frank Jr.
Paul D. Popeo
G. Mark Edgarton
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
617.248.5000

*Attorneys for Defendants Acartus, Inc.
and EMC Corporation*

April 5, 2007
787687

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>   Kurt Michael Heyman
>   PROCTOR HEYMAN LLP
>   1116 West Street
>   Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on April 5, 2007 upon the following individuals in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**:

Kurt Michael Heyman
PROCTOR HEYMAN LLP
1116 West Street
Wilmington, DE  19801

**BY E-MAIL AND FEDERAL EXPRESS (April 6, 2007)
AND FACSIMILE (brief only)**:

Jonathan M. Wagner
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY  10036

*/s/ James W. Parrett, Jr. (#4292)*
James W. Parrett, Jr. (#4292)