# EXHIBIT T

# CONFIDENTIAL EXHIBIT

EXHIBIT U

CONFIDENTIAL EXHIBIT

# EXHIBIT V

CONFIDENTIAL EXHIBIT

# EXHIBIT W

Rent A Coder - Mobius .daf file conversion

**RentACoder**
How Software Gets Done

Welcome New User
Logout

Software Buyers

Software Coders

Affiliates

Newest Bid Requests.
(See all)

**crosshairs**
By xteeth on Jun 16
Max Bid: Open to fair
suggestions

**Remote Backup Client
Software**
By hatori.hanzo on Jun
16
Max Bid: Open to fair
suggestions

**finish creating 12**

Click here to put this ticker
on your own site and/or
get live RSS newsfeeds

Open Work Categories.
Computer Platforms

(387 open)

Embedded Systems

(31 open)

Hand Held / PDA

(38 open)

Internet Browser

(58 open)

Linux
(123 open)

Lotus Notes /
Domino
(4 open)

Macintosh

(13 open)

Microsoft Windows

(271 open)

MS Exchange

(17 open)

MS Office

(45 open)

Other (Windows)

(69 open)

UNIX

Smokey
Bear
.com

# Show Bid Request

## Mobius .daf file conversion
Bid Request Id: 121587

Bookmark in
my 'To Do'
list

**Posted by:** myronr (2 ratings)
(Software buyer rating
10)

**Phase:** [bar] 100% of work completed and
accepted. Coder has been paid.

**Non-action Ratio:** Above Average - 33.33%

**Max
Accepted Bid:** Bidding is closed

**Buyer Security
Verifications:** Excellent

**Project Type:** Medium Business Project: $500(USD)
and above

**Approved on:** Feb 9, 2004
3:23:45 PM EDT

**Bidding Type:** Open Auction

**Bidding Closes:** Apr 3, 2004
7:59:55 PM EDT

**Viewed (by coders):** 244 times

**Deadline:** Saturday Apr 3, 2004
2:25:12 PM EDT
(29 days after 3/5/2004
2:25:12 PM)

DEPOSITION
EXHIBIT
Rogers #4

Enter chat room for this bid request
(0 active users at Jun 16, 2005 7:25:46 PM EDT)

## Categories:
(Note: Like everything else on this page, these categories are part of the original contract for this bid request.)
Misc

## Description:
1. C or VB code to convert Mobius .daf image files to .Tif on 8 bit boundry with 16 tag (very minimal) header. 2. C or VB code to convert Mobius .daf print files to standard .PCL or PDF. The Mobius image files do contain tiff headers and are almost viewable but very distorted. Will need to remap tiff header. The Mobius Report files contain some pcl code but it uses some flakey esc codes etc. Need to be able to convert this to std PCL.

To open the grayscale image you should be able to rename it to .tif and open it with any tif viewer. If that doesn't work strip off the bytes preceding the hex49 begining tif header. The mapping data has been moved around so something like gnu tiflib might be used to map to and from. Use what you like. I need the conversion tool to make it clearly viewable with any std tif viewer.

For the txtfile again the correct viewer is again the mobius viewer (proprietary) but again we have a case where a std file type has been altered (slightly). Any pclviewer should get you part way there. www.redtitan.com or www.pcltools.com could allow you to download a pcl

A 010064

(46 open)
FreeBSD

(10 open)
Mac OS X

(8 open)
Database
(372 open)
Microsoft Access

(70 open)
MySQL
(247 open)
Oracle
(8 open)
SQL Server

(119 open)
Visual FoxPro

(4 open)
Other (Database)

(59 open)
Documentation /
Writing
(136 open)
Content Writing

(80 open)
(Human) Language
Translation
(38 open)
Printing / Page
Maker
(12 open)
Tech Writing

(55 open)
Other (Writing)

(61 open)
Emergency!

(40 open)
Emergency
production fix/patch

(15 open)
Other (Emergency)

(27 open)
Enterprise Resource
Planning (ERP)
(12 open)
Peoplesoft

(1 open)
SAP
(1 open)
Gaming
(65 open)
Game Development

(48 open)
Gaming clan sites

viewer.

I might also suggest as a shortcut any pcl print dirvers and tif print drivers that you can access source to and modify to do the conversion.

We need to be able to do multiple page images as well. If you are confident about the single page versions then contact me for larger multi page samples.

Thanks
Myron

**Platform:**
Must run on Windows xp.

 **Additional Files:**
This bid request includes IMPORTANT additional attached files. Please download and read fully before bidding.
 **Deliverables:**
C or VB source code and programs to convert Mobius .daf files to Tif or PCL depending on image type.

## Messages Summary:

All monetary amounts on the site are in United States dollars.
Rent a Coder is a closed auction, so coders can only see their own bids and comments. Buyers can view every posting made on their bid requests.

### 1 bids have been posted

| Date | Name | City / Country | Rating Avg. / # of Ratings | Coder Ranking | Posts | Last Bid |
|------|------|----------------|---------------------------|---------------|-------|----------|

Note: All bidders other than the final selected bidder have been hidden. Click here to see all bidders.

| Date | Name | City / Country | Rating Avg. / # of Ratings | Coder Ranking | Posts | Last Bid |
|------|------|----------------|---------------------------|---------------|-------|----------|
| 2/9/2004 7:17:57 PM | Mike Mozhaev | In St.-Petersburg, Russian Federation (see local date/time) | 10 (Excellent) out of 12 ratings. | Ranked #595 out of 102,864 (higher than 99.42% of their peers). | 57 message(s) | $500.00 was accepted |

## Project Log

| Phase | | Start Date |
|-------|--|-----------|
| | | Mar 1, 2004 3:07:06 PM |
| Cancelled | | Mar 4, 2004 8:00:07 PM |
| Bidding open | | Mar 5, 2004 11:46:28 AM |
| Bid accepted by buyer and escrow payment is being sent/processed. Coder, please do not begin work until payment clears. | | |

A 010065

Rent A Coder - Mobius .daf file conversion

| | |
|---|---|
| (6 open) | Buyer payment escrowed. Waiting for coder to make their 'safe deposit'. | Mar 5, 2004 2:25:12 PM |
| **Mods** (11 open) | All funds have been escrowed. Waiting for work to be completed by coder. | Mar 5, 2004 2:25:12 PM |
| **Hardware** | 100% of work was accepted by buyer. Coder account has been credited. | May 6, 2004 7:34:45 PM |
| (57 open) | 100% of work completed and accepted. Coder has been paid. | May 22, 2004 9:31:43 AM |

**Electronics**

(26 open)

**Analog**
(11 open)

**Audio**
(18 open)

**Circuit Design**

(10 open)

**Digital**
(11 open)

**Ethernet**

(6 open)

**USB**
(9 open)

**Wireless**

(16 open)

**Networking**

(20 open)

**Network Design**

(9 open)

**Network Implementation**
(16 open)

**Video**
(10 open)

**Graphics / Art / Music**
(214 open)

**Artwork**
(71 open)

**Graphics**
(114 open)

**3d Modeling**

(25 open)

**3d Animation**

(23 open)

**Adobe AfterEffects**

(8 open)

**Adobe Photoshop**

(57 open)

**Adobe Premiere**

(13 open)

**Logo Design**

(73 open)

**MultiMedia**

(36 open)

## Chat Logs:
None

...Go back to my last search page

A 010066

Rent A Coder - Mobius .daf file conversion

- Audio Editing
  (9 open)
- Video Editing
  (17 open)
- Music
  (14 open)
- Photography
  (10 open)
- Language Specific
  (504 open)
- Assembly / Machine language
  (19 open)
- ASP
  (78 open)
- ASP .NET
  (100 open)
- C#
  (94 open)
- C++ / C
  (177 open)
- Cocoa / Obj-C
  (1 open)
- Cold Fusion
  (8 open)
- Delphi
  (37 open)
- Java
  (95 open)
- Javascript
  (60 open)
- JSP
  (24 open)
- Perl
  (50 open)
- Python
  (10 open)
- PHP
  (222 open)
- XML/XSL
  (49 open)
- Visual Basic
  (114 open)
- Visual Basic .Net
  (108 open)
- Visual FoxPro
  (3 open)
- Other
  (64 open)
- Misc
  (109 open)
- CAD
  (2 open)
- Data Entry

A 010067

Rent A Coder - Mobius .daf file conversion

(31 open)

Geographic
Information Systems
(GIS)
(10 open)

Middleware

(11 open)

Project Management

(65 open)

Technical
Management
(17 open)

Requirements

(57 open)

Security
(70 open)

Testing / Quality
Assurance
(66 open)

Web
(612 open)

Flash
(140 open)

Marketing

(98 open)

Search Engine
Optimization
(100 open)

Other (Marketing)

(66 open)

Page / Site Design

(269 open)

Cascading Style
Sheets (CSS)
(28 open)

Prototype / Model

(8 open)

XML / XHTML

(34 open)

Web Services

(196 open)

Other (Web)

(247 open)

Training
(30 open)

Computer Based

(15 open)

Other

● Other Sites

Latest News | About Us | Kudos | Feedback/Contact    Affiliates | Advertise    Privacy | Legal

Copyright © 2001-2005 Exhedra Solutions, Inc. All rights reserved.
By using this site you agree to its Terms and Conditions.
"Rent A Coder" (tm), "Safe Project Escrow" (tm) and "How Software Gets Done" (tm)
are trademarks of Exhedra Solutions, Inc.

http://www.rentacoder.com/RentACoder/misc/BidRequests/ShowBidRequest.asp?lngBidRequestId=1215...    6/16/2005

A 010068

IISPROD01 at 6/16/2005 7:25:46 PM

A 010069

# EXHIBIT X

CONFIDENTIAL EXHIBIT

EXHIBIT Y

CONFIDENTIAL EXHIBIT

EXHIBIT Z

CONFIDENTIAL EXHIBIT

EXHIBIT AA

CONFIDENTIAL EXHIBIT

EXHIBIT BB

CONFIDENTIAL EXHIBIT

# EXHIBIT CC

## Dave

**From:** Dave [davew@realvisionsoftware.com]
**Sent:** Thursday, July 21, 2005 9:17 AM
**To:** Randy Lipsitz (rlipsitz@kramerlevin.com)
**Subject:** RVI

DEPOSITION
EXHIBIT
Rogers
# 13

Randy

Attached is the letter you requested.

I will be in the office today and tomorrow and available to talk with the people at Mobius.

We are Central time here so let me a know a good time for them and I will make myself available.


Thanks

David H. Woodring, RVI
318-449-4579
davew@realvisionsoftware.com

**Real Vision Imaging**

July 21, 2005

Mr. Randy Lipsitz
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Dear Mr. Lipsitz:

As an update on our conversation, I want to respond to the questions you had concerning the Mobius conversion that was provided for Daksoft, part of the Black Hills Corporation.

Daksoft is an RVI customer and they wanted us to help them convert their old images, their data, from a system they were no longer using, to the RVI System.

Myron Rogers, who at that time was a contract programmer not an RVI employee, worked on the converting the images to be viewable in the RVI System. At no time were any Mobius programs used or reengineered, he merely worked with the Daksoft's images and spool files.

RVI is an imaging system for IBM's AS/400 and from time to time we are asked by our customers to assist them in converting off an older imaging systems to ours. We are not a conversion company that is in the market soliciting conversion work, we only work with our existing customers. To my knowledge this is the first time since 1992 that we have we have encountered the Mobius System and I do not see it as a frequent event.

Just as with our system, the images are the property of the customer to do with as they please, they do not belong to us. Should they decide to move to another system, and we hope they don't, they are free to have anyone they choose convert the data.

We have had some RVI customers convert from our system to other systems or platforms and as we see it, that is a common event in the industry. There are numerous conversion companies nationwide that routinely deal in this business full time but we are not one.

I hope I have an opportunity speak to a representative at Mobius in an effort to hopefully resolve this in an amicable way and to assure them we have used any of their programs or reengineered programs in the conversion effort.

I appreciate your time and look forward to a satisfactory resolution to this matter.

Sincerely,

*David H. Woodring*
David H. Woodring
Vice President

Real Vision Software, Inc.
P.O. Box 12958    Alexandria, LA 71315-2958    Tel: 318.449.4579    Fax: 318.448.3033
www.realvisionsoftware.com    rvoffice@realvisionsoftware.com

RV 69

EXHIBIT DD

CONFIDENTIAL EXHIBIT

EXHIBIT EE

CONFIDENTIAL EXHIBIT

EXHIBIT FF

CONFIDENTIAL EXHIBIT

EXHIBIT GG

CONFIDENTIAL EXHIBIT

# EXHIBIT HH

CONFIDENTIAL EXHIBIT

# EXHIBIT II



# Memo

| | |
|---|---|
| **To:** | Jonathan Wagner |
| **From:** | Anton Hopen |
| **Date:** | 6/17/2005 @ 10:48 AM |
| **Our Ref:** | 1203.11 |
| **Re:** | Mobius – Acartus |

Dear Jonathan:

When we last spoke on Wednesday you anticipated meeting with your client that afternoon. I presume the proposed modifications to the Acartus product literature are acceptable and allay the concerns you had regarding proper trademark usage.

You also requested information relating to access to the Mobius DAF file format. Our client has relayed the following:

1. Acartus reverse engineered the DAF file format in a clean room environment without access to Mobius software, documentation or source code.
2. Acartus does not employ any technical staff formerly employed by or affiliated with Mobius in any way.
3. The only former Mobius employees that Acartus employs are sales people who presumably did not have access to Mobius source code, and in any case were in no way involved with the development of the DAF export utility.
4. The DAF file format is a well known MIME type published throughout the Internet.
5. The ViewDirect/DocumentDirect user guide is published on the Internet and DAF files are available through publicly accessible downloads.

If desired, I can have an affidavit to the above-mentioned facts executed by an officer of Acartus.

We have: (1) taken offline the publication forming the basis for the trademark counts; (2) provided a proposed replacement; and (3) relayed that no confidential data was accessed by our client.

In view of the above, please allow us a one month extension to file an Answer with the intention that we close this matter prior to July 21, 2005. If this is acceptable, please let us know.

Best regards,

Anton

Smith & Hopen, PA ● 15950 Bay Vista Drive, Suite 220 ● Clearwater, FL 33760 USA
(t) 727-507-8558 ● (f) 727-507-8668 ● www.smithhopen.com ● info@smithhopen.com

M 000013