IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-346 SLR |
| | ) | |
| ACARTUS, INC. and EMC CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION AND ORDER

WHEREAS, the Court previously entered an Amended Scheduling Order on March 28, 2007 (D.I. 97) that reply briefs on summary judgment shall be served and filed no later than May 14, 2007; and resetting the Pretrial Conference for July 23, 2007 at 4:30 PM; and

WHEREAS, defendants' counsel needs and would appreciate the Court's accommodation of one additional day in order to file their reply summary judgment brief because of the schedule of lead counsel who is engaged in hearings in another matter and so that there is sufficient time for client comments;

IT IS HEREBY STIPULATED AND AGREED by plaintiff Mobius Management Systems, Inc. and defendants Acartus, Inc. and EMC Corporation, and subject to the approval of the Court, that:

1. The date by which Acartus may file and serve its reply brief in support of its summary judgment motion is extended to and including May 15, 2007.

2. All other dates in the schedule remain the same.

| | |
|---|---|
| PROCTOR HEYMAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Patricia L. Enerio* | */s/ James W. Parrett, Jr.* |
| _____ | _____ |
| Kurt M. Heyman (# 3054) | Mary B. Graham (#2256) |
| Patricia L. Enerio (#3728) | James W. Parrett, Jr. (#4292) |
| 1116 West Street | 1201 N. Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| 302.472.7300 | Wilmington, DE 19801 |
| | 302.658.9200 |
| OF COUNSEL: | OF COUNSEL: |
| Randy Lipsitz | Robert S. Frank Jr. |
| Jonathan M. Wagner | Paul D. Popeo |
| Marjorie E. Sheldon | G. Mark Edgarton |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | CHOATE, HALL & STEWART LLP |
| 1177 Avenue of the Americas | Two International Place |
| New York, NY  10036 | Boston, MA  02110 |
| 212.715.9100 | 617.248.5000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Acartus, Inc.* |
| *Mobius Management Systems, Inc.* | *and EMC Corporation* |

SO ORDERED THIS ____ day of _____, 2007

_____
The Honorable Sue L. Robinson
Unites States District Court Judge

821248