IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-346 SLR |
| ACARTUS, INC., and EMC CORPORATION | : **REDACTED** |
| Defendant. | : **PUBLIC VERSION** |

### APPENDIX OF EXHIBITS TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

### (VOLUME II of IV)

PROCTOR HEYMAN LLP
Kurt M. Heyman (#3054)
E-mail: kheyman@proctorheyman.com
Patricia L. Enerio (#3728)
E-mail: penerio@proctorheyman.com
1116 West Street
Wilmington, DE 19801
(302) 472-7300

Attorneys for Plaintiff
Mobius Management Systems, Inc.

OF COUNSEL:

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Jonathan M. Wagner
Marjorie E. Sheldon
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Dated: May 3, 2007

**Confidential Version Filed: May 3, 2007**
**Redacted Public Version Filed: May 10, 2007**

## TABLE OF CONTENTS

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Excerpts from Deposition of Jeffrey Cowen, dated January 17, 2007 |
| 2 | Excerpts from Deposition of David DeWalt, dated February 1, 2007 |
| 3 | Excerpts from Deposition of Norman C. Dugas, Jr., dated January 18, 2007 |
| 4 | Excerpts from Deposition of Fidel Figueroa, dated January 21, 2007 |
| 5 | Excerpts from Deposition of Bradley Florin, dated January 10, 2007 |
| 6 | Excerpts from Deposition of James A. Perkins, dated December 20, 2006 |
| 7 | Excerpts from Deposition of Bob Raicer, dated February 6, 2007 |
| 8 | Excerpts from Deposition of Myron O. Rogers, dated January 23, 2007 |
| 9 | Excerpts from Deposition of Steven Sorich, dated October 19, 2006 |
| 10 | Excerpts from Deposition of Mark Stephens, dated January 30, 2007 |
| 11 | Excerpts from Deposition of Randall Stigall, dated November 2, 2006 |
| 12 | Excerpts from Deposition of Brad Teed, dated October 24, 2006 |
| 13 | Excerpts from Deposition of Stephen E. Tonchen, dated March 22, 2007 |
| 14 | Excerpts from Deposition of Myron Zimmerman, dated March 29, 2007 |
| 15 | E-mail from Jim Perkins to Mark Stephens, dated March 23, 2005 |
| 16 | Nondisclosure Agreement between Acartus and The Cincinnati Insurance Company |
| 17 | E-mail from Jeff Cowen to Brant Henne, et al., "RE: Kill Mobius," dated January 28, 2005 |
| 18 | Promotional Sheet for ApertureONE Mobius DAF Export Utility |
| 19 | E-mail from Jeff Spitulnik to Brad Florin, dated April 6, 2006, w/attached e-mail chain |
| 20 | Mobius DAF Format Reverse Engineering Procedure, Acartus Technical White Paper |

### Table of Contents (cont'd)

| EXHIBIT | DESCRIPTION |
|---|---|
| 21 | E-mail from Brad Florin to Randall Stigall et al. re: Acartus site visit, dated January 24, 2005 |
| 22 | E-mail from Jim Perkins to Brad Florin re: CinFin Status, dated January 25, 2005 |
| 23 | E-mail from Nick Wozniak to Mark Stephens, dated March 15, 2005 |
| 24 | E-mail from Fidel Figueroa to Rajesh Radhakrishinan Re: Topics & Related Indexes, dated August 3, 2005 |
| 25 | Mobius Code of Ethics and Business Conduct Acknowledgement, signed by Jeff Cowen, dated May 17, 2004 |
| 26 | Letter agreement between Mobius and Jeffrey Cowen, dated September 27, 2004 |
| 27 | Mobius marketing presentation in connection with 2004 world sales meeting |
| 28 | Mobius marketing presentation, dated July 15, 2004 |
| 29 | Mobius marketing presentation, dated July 16, 2004 |
| 30 | E-mail from Jeff Cowen to Brad Florin forwarding Mobius marketing presentations, dated February 12, 2005 |
| 31 | Email from Jeff Cowen to Brant Henne, et al. Re "Kill Mobius" attaching slide titled "Mobius weakness" |
| 32 | E-mail from David DeWalt to Brad Florin, dated September 7, 2005 |
| 33 | E-mail from Jeff Cowen to Jim Perkins and Mark Stephens, dated May 9, 2005 |
| 34 | E-mail from Jeff Cowen to Brad Florin re: iProfile Contact List, dated October 13, 2004 |
| 35 | EMC Invoice to FedEx, dated March 6, 2006 |
| 36 | E-mail from Brad Florin to Joseph Walton re: Discover, dated April 5, 2006 |
| 37 | Expert Report of Steven R. Kursh, dated February 9, 2007 |
| 38 | Mobius IANA filing for .DAF, dated June 14, 1999 |
| 39 | Excerpts from Microsoft Computer Dictionary |

## Table of Contents (cont'd)

| EXHIBIT | DESCRIPTION |
|---|---|
| 40 | E-mail from Brad Florin to Matthias Fesl and Jim Perkins, dated December 15, 2004 |
| 41 | Real Vision Software Proposal to Daksoft, dated May 28, 2004 |
| 42 | E-mail from Blackhills to Real Vision Software, dated June 29, 2005 |
| 43 | E-mail from Myron Rogers to Dave Woodring, dated July 6, 2005 |
| 44 | Letter from Randy Lipsitz to Black Hills Corporation, dated June 29, 2005 |
| 45 | E-mail from David Woodring to Randy Lipsitz, dated July 21, 2005 |
| 46 | Acartus presentation to Discover |
| 47 | Copy of CD containing Mobius World Sales Meeting 2004 Presentations |
| 48 | E-mail from Jeff Cowen to Michelle Lewis, dated November 11, 2004 |
| 49 | E-mail from Randall Stigall to Scott Wright and Brad Teed re: DAF files, dated January 7, 2005 |
| 50 | E-mail from Fred Krueger to Jeff Cowen re: Mobius DAF files, dated July 11, 2005 |
| 51 | E-mail from Brad Florin to Matt Younce, et al., dated March 30, 2005 |