# EXHIBITS 29 & 30

To the Appendix of Exhibits to Plaintiff's Memorandum
in Opposition to Defendants' Motion for Summary Judgment

# REDACTED