IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-346 SLR |
| ACARTUS, INC., and EMC CORPORATION | : **REDACTED** |
| Defendant. | : **PUBLIC VERSION** |

**APPENDIX OF EXHIBITS TO PLAINTIFF'S MEMORANDUM IN
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**(VOLUME IV of IV)**

                                                    PROCTOR HEYMAN LLP
                                                    Kurt M. Heyman (#3054)
                                                    E-mail: kheyman@proctorheyman.com
                                                    Patricia L. Enerio (#3728)
                                                    E-mail: penerio@proctorheyman.com
                                                    1116 West Street
                                                    Wilmington, DE 19801
                                                    (302) 472-7300

                                                    Attorneys for Plaintiff
                                                    Mobius Management Systems, Inc.

OF COUNSEL:

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Jonathan M. Wagner
Marjorie E. Sheldon
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Dated: May 3, 2007

**Confidential Version Filed: May 3, 2007
Redacted Public Version Filed: May 10, 2007**

## TABLE OF CONTENTS

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Excerpts from Deposition of Jeffrey Cowen, dated January 17, 2007 |
| 2 | Excerpts from Deposition of David DeWalt, dated February 1, 2007 |
| 3 | Excerpts from Deposition of Norman C. Dugas, Jr., dated January 18, 2007 |
| 4 | Excerpts from Deposition of Fidel Figueroa, dated January 21, 2007 |
| 5 | Excerpts from Deposition of Bradley Florin, dated January 10, 2007 |
| 6 | Excerpts from Deposition of James A. Perkins, dated December 20, 2006 |
| 7 | Excerpts from Deposition of Bob Raicer, dated February 6, 2007 |
| 8 | Excerpts from Deposition of Myron O. Rogers, dated January 23, 2007 |
| 9 | Excerpts from Deposition of Steven Sorich, dated October 19, 2006 |
| 10 | Excerpts from Deposition of Mark Stephens, dated January 30, 2007 |
| 11 | Excerpts from Deposition of Randall Stigall, dated November 2, 2006 |
| 12 | Excerpts from Deposition of Brad Teed, dated October 24, 2006 |
| 13 | Excerpts from Deposition of Stephen E. Tonchen, dated March 22, 2007 |
| 14 | Excerpts from Deposition of Myron Zimmerman, dated March 29, 2007 |
| 15 | E-mail from Jim Perkins to Mark Stephens, dated March 23, 2005 |
| 16 | Nondisclosure Agreement between Acartus and The Cincinnati Insurance Company |
| 17 | E-mail from Jeff Cowen to Brant Henne, et al., "RE: Kill Mobius," dated January 28, 2005 |
| 18 | Promotional Sheet for ApertureONE Mobius DAF Export Utility |
| 19 | E-mail from Jeff Spitulnik to Brad Florin, dated April 6, 2006, w/attached e-mail chain |
| 20 | Mobius DAF Format Reverse Engineering Procedure, Acartus Technical White Paper |

**Table of Contents (cont'd)**

| EXHIBIT | DESCRIPTION |
|---|---|
| 21 | E-mail from Brad Florin to Randall Stigall et al. re: Acartus site visit, dated January 24, 2005 |
| 22 | E-mail from Jim Perkins to Brad Florin re: CinFin Status, dated January 25, 2005 |
| 23 | E-mail from Nick Wozniak to Mark Stephens, dated March 15, 2005 |
| 24 | E-mail from Fidel Figueroa to Rajesh Radhakrishinan Re: Topics & Related Indexes, dated August 3, 2005 |
| 25 | Mobius Code of Ethics and Business Conduct Acknowledgement, signed by Jeff Cowen, dated May 17, 2004 |
| 26 | Letter agreement between Mobius and Jeffrey Cowen, dated September 27, 2004 |
| 27 | Mobius marketing presentation in connection with 2004 world sales meeting |
| 28 | Mobius marketing presentation, dated July 15, 2004 |
| 29 | Mobius marketing presentation, dated July 16, 2004 |
| 30 | E-mail from Jeff Cowen to Brad Florin forwarding Mobius marketing presentations, dated February 12, 2005 |
| 31 | Email from Jeff Cowen to Brant Henne, et al. Re "Kill Mobius" attaching slide titled "Mobius weakness" |
| 32 | E-mail from David DeWalt to Brad Florin, dated September 7, 2005 |
| 33 | E-mail from Jeff Cowen to Jim Perkins and Mark Stephens, dated May 9, 2005 |
| 34 | E-mail from Jeff Cowen to Brad Florin re: iProfile Contact List, dated October 13, 2004 |
| 35 | EMC Invoice to FedEx, dated March 6, 2006 |
| 36 | E-mail from Brad Florin to Joseph Walton re: Discover, dated April 5, 2006 |
| 37 | Expert Report of Steven R. Kursh, dated February 9, 2007 |
| 38 | Mobius IANA filing for .DAF, dated June 14, 1999 |
| 39 | Excerpts from Microsoft Computer Dictionary |

## Table of Contents (cont'd)

| EXHIBIT | DESCRIPTION |
|---|---|
| 40 | E-mail from Brad Florin to Matthias Fesl and Jim Perkins, dated December 15, 2004 |
| 41 | Real Vision Software Proposal to Daksoft, dated May 28, 2004 |
| 42 | E-mail from Blackhills to Real Vision Software, dated June 29, 2005 |
| 43 | E-mail from Myron Rogers to Dave Woodring, dated July 6, 2005 |
| 44 | Letter from Randy Lipsitz to Black Hills Corporation, dated June 29, 2005 |
| 45 | E-mail from David Woodring to Randy Lipsitz, dated July 21, 2005 |
| 46 | Acartus presentation to Discover |
| 47 | Copy of CD containing Mobius World Sales Meeting 2004 Presentations |
| 48 | E-mail from Jeff Cowen to Michelle Lewis, dated November 11, 2004 |
| 49 | E-mail from Randall Stigall to Scott Wright and Brad Teed re: DAF files, dated January 7, 2005 |
| 50 | E-mail from Fred Krueger to Jeff Cowen re: Mobius DAF files, dated July 11, 2005 |
| 51 | E-mail from Brad Florin to Matt Younce, et al., dated March 30, 2005 |

## CERTIFICATE OF SERVICE

Patricia L. Enerio, Esquire, hereby certifies that on May 3, 2007, copies of the foregoing Appendix of Exhibits to Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment were served upon counsel listed below:

### VIA E-MAIL AND HAND DELIVERY

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
2101 North Market Street
Wilmington, DE 19801

### VIA E-MAIL AND FEDERAL EXPRESS

Paul D. Popeo, Esquire
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110

_____
Patricia L. Enerio (# 3728)