# EXHIBITS 31-37

To the Appendix of Exhibits to Plaintiff's Memorandum
in Opposition to Defendants' Motion for Summary Judgment

# REDACTED