IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACARTUS, INC. and EMC CORPORATION, )<br>)<br>Defendants. )<br>) | C.A. No. 05-346 (SLR)<br><br>**EXHIBITS FILED UNDER SEAL** |

## PROPOSED STIPULATED FACTS

Pursuant to the Court's December 5, 2006 Order, attached are the stipulated facts for this case. Exhibit A is Defendants Acartus, Inc. and EMC Corporation's Statement Of Proposed Stipulated Facts and Exhibit B is Plaintiff Mobius Management Systems, Inc.'s Response To Statement Of Proposed Facts.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *James W. Parrett, Jr.*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
302.658.9200

OF COUNSEL:

Robert S. Frank Jr.
Paul D. Popeo
G. Mark Edgarton
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
617.248.5000

*Attorneys for Acartus, Inc.
and EMC Corporation*

Dated: May 15, 2007
828327

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Kurt Michael Heyman
> PROCTOR HEYMAN LLP
> 1116 West Street
> Wilmington, DE 19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on May 15, 2007 upon the following individuals in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**:

> Kurt Michael Heyman
> PROCTOR HEYMAN LLP
> 1116 West Street
> Wilmington, DE 19801

**BY E-MAIL**:

> Jonathan M. Wagner
> KRAMER LEVIN NAFTALIS & FRANKEL LLP
> 1177 Avenue of the Americas
> New York, NY 10036

/s/ *James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)

479192