# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Mary B. Graham
302.351.9199
mgraham@mnat.com

May 18, 2007

**VIA E-FILING**

The Honorable Sue L. Robinson
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

        Re:    *Mobius Management Systems, Inc. v. Acartus, Inc. and EMC Corporation*
                  C.A. No. 05-346 (SLR)

Dear Chief Judge Robinson:

      Briefing has now been completed on Defendants' Motion For Summary Judgment (D.I. 99). Pursuant to Local Rule D. Del. 7.1.4, Acartus, Inc. and EMC Corporation hereby request oral argument on their motion.

                                          Respectfully,

                                          */s/ Mary B. Graham (#2256)*

                                          Mary B. Graham

MBG/dam
Enclosure
cc:    Dr. Peter Dalleo, Clerk (via e-filing and hand delivery)
        Kurt Michael Heyman, Esquire (via e-mail)
        Jonathan M. Wagner, Esquire (via e-mail)
        Robert S. Frank Jr., Esquire (via e-mail)
831077