IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOBIUS MANAGEMENT SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. NO. 05-346 SLR |
| v. | ) | |
| | ) | **REDACTED** |
| ACARTUS, INC. and EMC CORPORATION, | ) | **PUBLIC VERSION** |
| | ) | |
| Defendants. | ) | |
| | ) | |

**APPENDIX OF EXHIBITS TO REPLY MEMORANDUM IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

 

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
302.658.9200

*Attorneys for Defendants Acartus, Inc.
and EMC Corporation*

OF COUNSEL:

Robert S. Frank Jr.
Paul D. Popeo
G. Mark Edgarton
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
617.248.5000

Original Filing Date: May 15, 2007
Redacted Filing Date: May 29, 2007

## TABLE OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| JJ | ■■■ |
| KK | Mobius Management Systems, Inc. Form 8-K |
| LL | ■■■ |
| MM | ■■■ |
| NN | ■■■ |
| OO | ■■■ |
| PP | ■■■ |
| QQ | ■■■ |
| RR | ■■■ |
| SS | Mobius Website |
| TT | ■■■ |
| UU | ■■■ |
| VV | ■■■ |
| WW | ■■■ |
| XX | ■■■ |
| YY | ■■■ |

843372

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Kurt Michael Heyman
>PROCTOR HEYMAN LLP
>1116 West Street
>Wilmington, DE 19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on May 29, 2007 upon the following individuals in the manner indicated:

**BY E-MAIL AND HAND DELIVERY:**

>Kurt Michael Heyman
>PROCTOR HEYMAN LLP
>1116 West Street
>Wilmington, DE 19801

**BY E-MAIL:**

>Jonathan M. Wagner
>KRAMER LEVIN NAFTALIS & FRANKEL LLP
>1177 Avenue of the Americas
>New York, NY 10036

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)

479192