# Exhibit JJ

CONFIDENTIAL EXHIBIT

# Exhibit KK

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

---

FORM 8-K

CURRENT REPORT

PURSUANT TO SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934

Date of report (Date of earliest event reported) April 11, 2007

Mobius Management Systems, Inc.
(Exact Name of Registrant as Specified in Charter)

Commission File Number: 0-24077

| Delaware | 13-3078745 |
|---|---|
| (State or other Jurisdiction of Incorporation) | (I.R.S. Employer Identification No.) |

120 Old Post Road, Rye, New York 10580
(Address of Principal Executive Offices)
(Zip Code)

(914) 921-7200
(Registrant's telephone number, including area code)

Not Applicable
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☒  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

---

**Item 1.01. Entry into a Material Definitive Agreement.**

On April 11, 2007, Mobius Management Systems, Inc. (the "Company"), Allen Systems Group, Inc. ("ASG") and ASG M&A, Inc. (the "Purchaser") entered into an Agreement and Plan of Merger (the "Merger Agreement"), pursuant to which (i) the Purchaser shall be merged with and into the Company (the "Merger") in accordance with the provisions of the Delaware General Corporation Law and the separate corporate existence of the Purchaser shall thereupon cease and (ii) the Company shall be the successor or surviving corporation in the Merger (the "Surviving Corporation"). The Board of Directors of the Company approved the Merger Agreement and the transactions contemplated thereby.

Subject to the terms and conditions of the Merger Agreement, at the effective time of the Merger (the "Effective Time"), each outstanding share of Company common stock will be converted into and will represent the

right to receive an amount of cash, without interest, equal to $10.05. The completion of the Merger is subject to approval of the Company's stockholders, clearance under the Hart-Scott-Rodino Anti-Trust Improvements Act and other customary closing conditions. The Company will solicit stockholder approval for the Merger at a special meeting, subject to the mailing of a definitive proxy statement. The Merger is expected to close in the second or third calendar quarter of 2007.

In connection with the execution of the Merger Agreement, Mitchell Gross, co-founder, President, Chairman and CEO of the Company, and Joseph J. Albracht, co-founder and a director of the Company, entered into a voting agreement, dated as of April 11, 2007 (the "Voting Agreement") with ASG pursuant to which they have agreed to vote all of their shares (collectively representing approximately 47.8% of the Company's outstanding shares) in favor of the Merger. The Voting Agreement expires upon termination of the Merger Agreement.

A copy of the Merger Agreement is attached hereto as Exhibit 2.1 and is incorporated herein by reference. A copy of the Voting Agreement is attached hereto as Exhibit 10.1 and is incorporated herein by reference.

**Item 2.02. Results of Operations and Financial Condition.**

On April 12, 2007, Mobius Management Systems, Inc. issued a press release (the "Press Release") announcing its preliminary revenues and EPS for its fiscal third quarter of 2007. A copy of this press release is attached hereto as Exhibit 99.1 and is incorporated herein by reference. The information with respect to such results included in this report shall not be deemed to be "filed" for the purposes of Section 18 of the Securities Exchange Act of 1934 or otherwise subject to the liability of that Section. The Press Release also announces the entering into of the Merger Agreement.

**Item 8.01. Other Events.**

On April 12, 2007, Mitchell Gross, co-founder, President, Chairman and CEO of the Company, distributed an email to the Company's employees with respect to the Merger. A copy of such email is attached as Exhibit 99.2 hereto and is incorporated by reference herein.

On April 12, 2007, pursuant to a termination notice, Joseph J. Albracht and Goldman, Sachs & Co. terminated Joseph Albracht's 10b5-1 Sales Plan, dated December 15, 2006. A copy of the termination notice is attached hereto as Exhibit 99.3 and is incorporated herein by reference.

---

**Item 9.01. Exhibits**

**Exhibit Index**

| Exhibit Number | Description |
|---|---|
| 2.1 | Agreement and Plan of Merger dated April 11, 2007, among Mobius Management Systems, Inc., Allen Systems Group, Inc. and ASG M&A, Inc. |
| 10.1 | Voting Agreement dated as of April 11, 2007, among Mitchell Gross, Joseph J. Albracht and Allen Systems Group, Inc. |
| 99.1 | Press release issued by Mobius Management Systems, Inc. on April 12, 2007 |
| 99.2 | Mitchell Gross Announcement to Mobius Management Systems, Inc. Employees dated April 12, 2007 |
| 99.3 | Termination Notice dated April 12, 2007 between Joseph Albracht and Goldman, Sachs & Co. |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Date: April 12, 2007

MOBIUS MANAGEMENT SYSTEMS, INC.

By: /s/ Raymond F. Kunzmann

Raymond F. Kunzmann

Chief Financial Officer (Principal

Financial and Accounting Officer)

**Exhibit Index**

| Exhibit Number | Description |
|---|---|
| 2.1 | Agreement and Plan of Merger dated April 11, 2007, among Mobius Management Systems, Inc., Allen Systems Group, Inc. and ASG M&A, Inc. |
| 10.1 | Voting Agreement dated as of April 11, 2007, among Mitchell Gross, Joseph J. Albracht and Allen Systems Group, Inc. |
| 99.1 | Press release issued by Mobius Management Systems, Inc. on April 12, 2007 |
| 99.2 | Mitchell Gross Announcement to Mobius Management Systems, Inc. Employees dated April 12, 2007 |
| 99.3 | Termination Notice dated April 12, 2007 between Joseph Albracht and Goldman, Sachs & Co. |

Exhibit 99.2

**From:** Mitch Gross
**Sent:** Thursday, April 12, 2007 8:35 AM
**To:** ALL MOBIUS
**Subject:** Important Announcement
**Importance:** High

All Mobius,

I am pleased and excited to announce that last night, Mobius entered into a definitive agreement to merge with Allen Systems Group ( www.asg.com). Founded in 1986 by Mr. Art Allen, ASG is a privately-held global enterprise software firm providing a full range of software solutions in Metadata Management, Applications Management, Operations Management, Content Management, Performance Management, Identity Management, and Enterprise Management. ASG is headquartered in Naples, Florida, with more than 60 offices serving the Americas, Europe, Middle East, Africa, and Asia/Pacific.

As described in the attached press release, ASG has agreed to pay each shareholder $10.05 per share of Mobius stock, for a total of over $211,000,000. In addition, the vesting of all Mobius employee stock options, restricted stock and restricted stock units will be accelerated upon completion of the merger. Holders of employee options will receive a cash payment equal to $10.05 less the per share exercise price of that option. Holders of restricted stock and restricted stock units will receive $10.05 per restricted share or unit, as applicable. There are a number of steps to complete the merger including regulatory approval, SEC filings and stockholder approval at a special meeting. We anticipate this will all occur during the second or third calendar quarter.

It is my belief that this merger will result in a stronger Mobius, able to provide better service to our customers and partners. As part of a larger organization Mobius will be positioned to accelerate achievement of our strategic goals. Joining forces with ASG will allow Mobius and ASG to leverage each other's core strengths. I am proud of the high quality of our customers, products and employees. I feel that, with our common vision of the software industry, and complementary product sets, this combination will enable us to provide an even broader range of powerful solutions to the marketplaces we serve.

What do we do now? This does not in any way affect what we do on a day to day basis. We must continue to conduct business as usual and to honor all our commitments to our customers, partners, shareholders and our fellow employees. We must make sure to continue providing our customers the same level of service they have come to expect from Mobius and assure them of our dedication to their needs as we move into the next phase of Mobius corporate life.

At 1:00 PM today we will have a company-wide meeting at The Renaissance Westchester Hotel. Mr. Art Allen, founder, CEO and President of Allen Systems Group and I will be available to discuss the merger and answer your questions. As usual Carmela will be providing directions to the hotel and dial-in instructions for those not in Rye. In addition, I have established an e-mail box AskMitch@mobius.com where you can ask any questions you may have about the merger. We will post answers to common questions on the MRC Home tab of the Mobius Resource Center (mrc.mobius.com) website as appropriate.

I thank you for all of your support over the years and I am sure I will have your continued support as Mobius moves into the future.

Mitch

*In connection with the proposed transaction, Mobius will promptly file with the Securities Exchange Commission (the "Commission") a Current Report on Form 8-K, which will include the merger agreement and related*

*documents, and will also file with the Commission in the near future a proxy statement. Stockholders are advised to read the proxy statement when it becomes available because important*

---

*information will be contained therein. The proxy statement will be sent to stockholders of Mobius in connection with the company's solicitation of their adoption of the merger agreement between Mobius and ASG. Once filed, investors and stockholders will be able to obtain a free copy of that document and other documents filed by Mobius with the Commission at the Commission's website located at http://www.sec.gov. Once filed, the proxy statement will also be available from Mobius by contacting Mobius Management Systems, Inc., 120 Old Post Road, Rye, New York 10580, Attention: Investor Relations, (914) 921-7200. This press release is neither a solicitation of a proxy, an offer to purchase nor a solicitation of an offer to sell shares of Mobius.*

*Statements contained in this e-mail may contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Forward-looking statements involve risks and uncertainties. In particular, any statements contained herein regarding expectations with respect to future sales and profitability, as well as product development and/or introductions, and/or with respect to the proposed merger with ASG, are subject to known and unknown risks, uncertainties and contingencies, many of which are beyond our control, which may cause actual results, performance or achievements to differ materially from those projected or implied in such forward-looking statements. Important factors that might affect actual results, performance or achievements include, among other things, market acceptance of Mobius's products, ability to manage expenses, fluctuations in period to period results, seasonality, uncertainty of future operating results, long and unpredictable sales cycles, technological change, product concentration, competition, international sales and operations, protection of intellectual property, extended payment risk, sufficient revenues from professional services, dependence on licensed technology, risk of product defects, product liability, expansion of indirect channels, management of growth, dependence on executive management, other key employees and subcontractors, consolidation in the industries we market and sell, concerns about transaction security on the Internet, factors affecting valuation of stock option expense, changes in prevailing equity-based compensation practices, general conditions in the economy and the impact of recently enacted or proposed regulations. Certain other important factors that cause actual events not to occur as expressed in such forward-looking statements include, but are not limited to, the failure to obtain the necessary approval of the merger by Mobius's stockholders, antitrust clearance and certain other governmental approvals in a timely manner or at all, and the failure of various other closing conditions contained in the merger agreement to be satisfied as provided therein. These risks and uncertainties are described in detail from time to time in Mobius's filings with the Securities and Exchange Commission, including its Annual Report on Form 10-K, filed on September 11, 2006, and its Quarterly Reports on Form 10-Q. Mobius accepts no obligation to update these forward-looking statements and does not intend to do so.*

# Exhibit LL

CONFIDENTIAL EXHIBIT

# Exhibit MM

CONFIDENTIAL EXHIBIT

# Exhibit NN

CONFIDENTIAL EXHIBIT

# Exhibit OO

# CONFIDENTIAL EXHIBIT

# Exhibit PP

CONFIDENTIAL EXHIBIT

# Exhibit QQ

CONFIDENTIAL EXHIBIT

# Exhibit RR

# CONFIDENTIAL EXHIBIT

# Exhibit SS



CON

# Compliance. Content. Control.

| Products | Solutions | Industries | Customers | Services | Company | News & Events |

## Customers

Customers Overview

Customers by Company

Customers by Industry

Customers by Solution

Customer Zone

Customer Testimonials

### Customers Overview

*Delivering compelling business value*
*to customers worldwide*

At nearly 1,500 customers, across more than sixty percent of the Fortune 100, Mobius helps integrate content across disparate repositories, support regulatory compliance, and utilize content-enabled applications that automate business processes.

**Introduction to Mobius Customers**

View this video to hear from some of our customers and learn how they benefit from Mobius solutions.

**An Interview with Mitch Gross by BusinessNOW**

BusinessNOW is a business news magazine that covers today's leading trends in business. Learn about Mobius from Mitch Gross, Chairman & CEO of Mobius Management Systems.



Driven by increasingly demanding requirements for regulatory and legal compliance, organizations are seeking *integrated* solutions for all content, e-mail and traditional corporate records across multiple, disparate repositories and with more importance placed on the long-term integrity, availability and accessibility of content. Mobius delivers products and solutions to satisfy these requirements and scale from departmental applications to Internet-based enterprise-wide systems with tens of thousands or users around the globe accessing billions of documents and other content.

The business value that Mobius solutions deliver to these organizations is compelling:

- Greater competitive advantage
- Improved business processes
- Lowered costs of doing business
- Increased revenue-building opportunities

Find out more about our customer's achievements:

**By company**

**By industry**

**By solution**

Read customer **testimonials**.

## Customer Support

We ensure the success of our customers with **support** services 24x365, consulting, education and the Mobius Users Group.

Fea

Bros

EPS!
Lifec

ICCF

Fam
Dyn

KeyC
Cust

State
Busi

Tarra
Gove

Verto

Pre
08/2
Impl
Ente

03/1

Copyright 1997-2006 Mobius Management Systems Inc.  All rights reserved.  Legal ✦ Privacy ✦



CON

# Compliance. Content. Control.

Products | Solutions | Industries | Customers | Services | Company | News & Events

## Customers by Company

### Customers

**Customers Overview**

**Customers by Company**

**Customers by Industry**

**Customers by Solution**

**Customer Zone**

**Customer Testimonials**

Mobius products are used by nearly 1,500 organizations worldwide, including more than sixty percent of the Fortune 100. Implementations range from departmental applications to enterprise-wide use by tens of thousands of employees, customers and business partners around the globe. ViewDirect helps these companies achieve a broad range of business objectives from improving operational productivity to leveraging the Internet for competitive advantage while protecting the bottom line.

Here are a few of the good names that have helped us make ours:

📑 Press Release    ⭐ Story    💬 Quote

| | Press Release | Story | Quote |
|---|---|---|---|
| Abbott Labs | | | |
| ABN Amro North America | | | |
| AIG Life | 📑 | | 💬 |
| Alltel Communications | | ⭐ | |
| American Honda | | | |
| Aramark ServiceMaster | | ⭐ | |
| Archer Daniels Midland Company | 📑 | | |
| ATOS Infogérance | | | |
| Aviall | 📑 | | |
| Banca Nazionale del Lavoro | | ⭐ | |
| Bank of America | | | |
| Banque de Bretagne | | | |
| Banque Paribas | | | |
| Bank United | | | |
| "Bell Operating Company" | | ⭐ | |
| Berlex Labs | | | |
| Blue Cross Blue Shield | | | |
| British Airways | | | |
| British Gas PL | | | |
| Brose | | ⭐ | 💬 |
| Caisses d'Epargne | | | |
| Canal+ | | | |
| Casino Information Technology | | ⭐ | |
| Caterpillar | | | |
| CCMX | | | |
| JPM Chase | | | |
| Coca Cola Bottling Co. Consolidated | | | |

| Company | Certificate | Star | Message |
|---|---|---|---|
| Discover Card | | | |
| Colonial Bank | | | |
| Compass Bank | | | ▣ |
| Consolidated Natural Gas | | | |
| DePaul University | | | |
| Eli Lilly | | | |
| Equitable Life | | | |
| EPSRC | | ☆ | |
| Fairfax County Government | | | |
| Farmers Insurance Group | 🗐 | ☆ | ▣ |
| Federal Express | | | |
| First Data Corporation | | | |
| Ford Credit | 🗐 | | |
| HCA - The Healthcare Company | | | |
| HCR ManorCare | | ☆ | |
| H.J. Heinz | | | |
| HSB - The Hartford Steam Boiler Inspection and Insurance Company | | | |
| Hertz | | | |
| ICCREA Banca | | ☆ | |
| Ingalls Shipbuilding | | | |
| Japan Air | | | |
| John Hancock | | | |
| Kawasaki Motor Corporation | | | |
| KeyCorp | 🗐 | | ▣ |
| Lands' End | | | |
| LloydsTSB Bank (UK) | | | |
| M & I Data Services | | | |
| Médéric Prévoyance (in French) | 🗐 | ☆ | ▣ |
| Mellon Bank | | | |
| Nissan North America | | | |
| Nordstrom | | | |
| Northeast Utilities | 🗐 | ☆ | ▣ |
| Oppenheimer Funds | | | |
| Pacific Gas & Electric | | | |
| Pearson, Inc | | | |
| Philippines Long Distance Telephone | 🗐 | | |
| Phoenix Home Life | | | |
| Pilot Corporation | 🗐 | ☆ | ▣ |
| Porsche Cars N.A. | | | |
| PostBank | 🗐 | | ▣ |
| Postgirot Bank | | ☆ | ▣ |
| Progressive Casualty Insurance | | ☆ | |
| Raymond James | 🗐 | | ▣ |
| Renault | | | |
| Sabre Group | | ☆ | |
| Sallie Mae | | ☆ | ▣ |
| Sanlam Financial Services | | | |
| Scottish & Newcastle Breweries Ltd | | | |

| | | | |
|---|---|---|---|
| Securities Industry Automation Corporation (SIAC) | | | |
| SEI | 📄 | | |
| SEW Eurodrive | 📄 | | 💬 |
| Simmons Company | 📄 | | 💬 |
| Société Marseillaise de Crédit | | | |
| Southern Company | | | |
| Southern Farm Bureau Casualty | 📄 | ⭐ | 💬 |
| State Auto Insurance | | ⭐ | 💬 |
| State of Montana | | ⭐ | |
| Summa Health Systems | | ⭐ | |
| Tarrant County | | ⭐ | 💬 |
| Teachers Insurance & Annuity / TIAA-CREF | | | |
| Telstra | | | |
| The University of Illinois | | | |
| The University of Mississippi | 📄 | | |
| The University of Missouri | | | |
| Thomas & Betts | | | |
| U.K Ministry of Defense | | | |
| U.S. Marine Corps | | | |
| U.S. Postal Service | | | |
| USAA | 📄 | | |
| Vertex | | ⭐ | |
| VISA | | | |
| Wells Fargo Financial Information Services Group | | ⭐ | |
| Zürcher Kantonalbank | | | |

Copyright 1997-2006 Mobius Management Systems Inc.  All rights reserved.  Legal✦ Privacy✦



CON

# Compliance. Content. Control.

Products | Solutions | Industries | Customers | Services | Company | News & Events

## Customers

**Customers Overview**

**Customers by Company**

**Customers by Industry**

**Customers by Solution**

**Customer Zone**

**Customer Testimonials**

## Customers by Industry

Mobius products are used by nearly 1,500 organizations worldwide, including more than sixty percent of the Fortune 100. Implementations range from departmental applications to enterprise-wide use by tens of thousands of employees, customers and business partners around the globe. ViewDirect helps these companies achieve a broad range of business objectives from improving operational productivity to leveraging the Internet for competitive advantage while protecting the bottom line.

Here are a few of the good names that have helped us make ours:

📇 Press Release     ☆ Story     📄 Quote

| | |
|---|---|
| **Banking & Financial Services** | **Retail** |
| **Government & Education** | **Services** |
| **Healthcare and Pharmaceuticals** | **Telecommunications** |
| **Insurance** | **Transportation** |
| **Manufacturing** | **Utilities** |

## Banking and Financial Services

| | | |
|---|---|---|
| ABN Amro North America | | |
| Banca Nazionale del Lavoro | ☆ | |
| Bank of America | | |
| Banque de Bretagne | | |
| Banque Paribas | | |
| Bank United | | |
| Caisses d'Epargne | | |
| JPM Chase | | |
| Colonial Bank | | |
| Compass Bank | | 📄 |
| Discover Card | | |
| Ford Credit | 📇 | |
| First Data Corporation | | |
| ICCREA Banca | ☆ | |
| KeyCorp | 📇 | 📄 |
| LloydsTSB Bank (UK) | | |
| Mellon Bank | | |
| Oppenheimer Funds | | |
| PostBank | 📇 | 📄 |
| Postgirot Bank | | |



| | | |
|---|---|---|
| Raymond James | | |
| Sallie Mae | | |
| Sanlam Financial Services | | |
| SEI | | |
| Société Marseillaise de Crédit | | |
| Teachers Insurance & Annuity / TIAA-CREF | | |
| Securities Industry Automation Corporation (SIAC) | | |
| Wells Fargo Financial Information Services Group | | |
| USAA | | |
| VISA | | |
| Zürcher Kantonalbank | | |

## Government & Education

| | | |
|---|---|---|
| DePaul University | | |
| EPSRC | | |
| Fairfax County Government | | |
| State of Montana | | |
| Tarrant County | | |
| The University of Illinois | | |
| The University of Mississippi | | |
| The University of Missouri | | |
| U.K Ministry of Defense | | |
| U.S. Marine Corps | | |
| U.S. Postal Service | | |

## Healthcare and Pharmaceuticals

| | |
|---|---|
| Abbott Labs | |
| Berlex Labs | |
| Eli Lilly | |
| HCA - The Healthcare Company | |
| HCR ManorCare | |
| Summa Health Systems | |

## Insurance

| | | | |
|---|---|---|---|
| AIG Life Insurance | | | |
| Blue Cross Blue Shield | | | |
| Equitable Life | | | |
| Farmers Insurance Group | | | |
| John Hancock | | | |
| HSB - The Hartford Steam Boiler Inspection and Insurance Company | | | |
| Médéric Prévoyance (in French) | | | |

| Company | | | |
|---|---|---|---|
| Phoenix Home Life | | | |
| Progressive Casualty Insurance | | [star] | |
| Southern Farm Bureau Casualty | [money] | [star] | [comment] |
| State Auto Insurance | | [star] | [comment] |

## Manufacturing

| Company | | | |
|---|---|---|---|
| American Honda | | | |
| Archer Daniels Midland | [money] | | |
| Brose | | [star] | [comment] |
| Caterpillar | | | |
| Coca Cola Bottling Co. Consolidated | | | |
| H.J. Heinz | | | |
| Hershey Chocolate Company | | | |
| Ingalls Shipbuilding | | | |
| Kawasaki Motor Corporation | | | |
| Nabisco Brands, Inc. | | | |
| Nissan North America | | | |
| Renault | | | |
| Porsche Cars N.A. | | | |
| Scottish & Newcastle Breweries Ltd. | | | |
| SEW Eurodrive | [money] | | [comment] |
| Simmons Company | [money] | | [comment] |
| Thomas & Betts | | | |

## Retail

| Company | | | |
|---|---|---|---|
| Lands' End | | | |
| Nordstrom | | | |
| Pilot Corporation | [money] | [star] | [comment] |

## Services

| Company | | | |
|---|---|---|---|
| Aramark Servicemaster | | [star] | |
| Aviall | [money] | | |
| Canal+ | | | |
| Casino Information Technology | | [star] | |
| CCMX | | | |
| Federal Express | | | |
| Pearson, Inc | | | |
| M & I Data Services | | | |
| Vertex | | [star] | |

## Telecommunications

| Company | | | |
|---|---|---|---|
| Alltel Communications | | [star] | |
| "Bell Operating Company" | | | |

| | | | |
|---|---|---|---|
| | | ⭐ | |
| Philippines Long Distance Telephone | ✏️ | | |
| Telstra | | | |

## Transportation

| | |
|---|---|
| British Airways | |
| Hertz | |
| Japan Air | |
| Sabre Group | ⭐ |

## Utilities

| | | | |
|---|---|---|---|
| British Gas PLC | | | |
| Consolidated Natural Gas | | | |
| Northeast Utilities | ✏️ | ⭐ | 💬 |
| Pacific Gas & Electric | | | |
| Southern Company | | | |

Copyright 1997-2006 Mobius Management Systems Inc.  All rights reserved.  Legal ◆ Privacy ◆

CON



# Compliance Content. Control.

| Products | Solutions | Industries | Customers | Services | Company | News & Events |

## Customers by Solution

### Customers

Customers Overview
Customers by Company
Customers by Industry
Customers by Solution
Customer Zone
Customer Testimonials

90Mobius products are used by nearly 1,500 organizations worldwide, including more than sixty percent of the Fortune 100. Implementations range from departmental applications to enterprise-wide use by tens of thousands of employees, customers and business partners around the globe. ViewDirect helps these companies achieve a broad range of business objectives from improving operational productivity to leveraging the Internet for competitive advantage while protecting the bottom line.

Here are a few of the good names that have helped us make ours:

 Press Release    ⭐ Story    🗩 Quote

Customer Service / Self-Service
Enterprise Content Management
Archiving and Report Management
Compliance / Data Quality & Control

SAP Environment Integration
Business Process Automation
ePresentment
Imaging

## Customer Service/Self-Service

| | Press Release | Story | Quote |
|---|---|---|---|
| ABN Amro North America | | | |
| Alltel Communications | | ⭐ | |
| Banca Nazionale del Lavoro | | ⭐ | |
| "Bell Operating Company" | | ⭐ | |
| Compass Bank | | | 🗩 |
| Farmers Insurance Group | | ⭐ | |
| First Data Corporation | | | |
| Ford Credit | 🎫 | | |
| KeyCorp | | | 🗩 |
| Northeast Utilities | 🎫 | ⭐ | 🗩 |
| Oppenheimer Funds | | | |
| Postgirot Bank | | ⭐ | 🗩 |
| Raymond James | 🎫 | | 🗩 |
| Sallie Mae | | ⭐ | 🗩 |
| Simmons Company | 🎫 | | 🗩 |
| Southern Farm Bureau Casualty | 🎫 | ⭐ | 🗩 |
| Tarrant County | | ⭐ | 🗩 |
| Vertex | | ⭐ | |

VISA

| Wells Fargo Financial Information Services Group | ☆ | |

## EnterpriseContent Management

ABN Amro North America

| Brose | ☆ | 💬 |

DePaul University

| Farmers Insurance Group | 💳 | 💬 |
| SEW Eurodrive | 💳 | 💬 |
| Simmons Company | 💳 | 💬 |
| Tarrant County | ☆ | 💬 |

The University of Missouri

| USAA | 💳 | |

## Archiving and Report Management

ABN Amro North America

| Aramark ServiceMaster | ☆ |
| Aviall | 💳 |
| Casino Information Technology | ☆ |
| Compass Bank | 💬 |

DePaul University

Fairfax County Government

First Data Corporation

| Ford Credit | 💳 |
| HCR ManorCare | ☆ |

Hertz

| ICCREA Banca | ☆ |

Ingalls Shipbuilding

Phoenix Home Life

| Pilot Corporation | 💳 | ☆ | 💬 |

Oppenheimer Funds

| Progressive Casualty Insurance | ☆ |
| Sabre Group | ☆ |
| Sallie Mae | ☆ | 💬 |

Southern Company

| Southern Farm Bureau Casualty | 💳 | ☆ |
| State Auto Insurance | ☆ | 💬 |
| State of Montana | ☆ |
| Summa Health Systems | ☆ |
| Tarrant County | ☆ | 💬 |

The University of Illinois

| | Ticket | Star | Speech |
|---|---|---|---|
| Wells Fargo Financial Information Services Group | | ★ | |

## Compliance / Data Quality & Control

| ABN Amro North America | Ticket | Star | Speech |
|---|---|---|---|
| EPSRC | | ★ | |
| PostBank | 🎫 | | 💬 |
| SEI | 🎫 | | |

## SAP Environment Integration

| | Ticket | Star | Speech |
|---|---|---|---|
| Berlex Labortories | | | |
| British Airways | | | |
| Brose | | ★ | 💬 |
| Consol Energy, Inc. | | | |
| Deutsche Postbank | | | |
| Lorillard Tobacco | | | |
| Philop Morris International | | | |
| Scottish & Newcastle | | | |
| Tarrant County, Texas | | ★ | |
| University of Mississippi | 🎫 | | |
| Versicherungskammer Bayern | | | |

## Business Process Automation

| | Ticket | Star | Speech |
|---|---|---|---|
| Archer Daniels Midland Company | 🎫 | | |
| Compass Bank | | | 💬 |
| Hertz | | | |
| ICCREA Banca | | ★ | |
| State Auto Insurance | | ★ | 💬 |
| Tarrant County | | ★ | 💬 |

## ePresentment

| | Ticket | Star | Speech |
|---|---|---|---|
| ABN Amro North America | | | |
| Bank United | | | |
| Casino Information Technology | | ★ | |
| DePaul University | | | |
| Farmers Insurance Group | | ★ | |
| KeyCorp | 🎫 | | 💬 |
| Northeast Utilities | 🎫 | ★ | 💬 |
| Philippines Long Distance Telephone | 🎫 | | |
| State Auto Insurance | | ★ | 💬 |
| Tarrant County | | ★ | 💬 |
| Vertex | | | |

## Imaging

| | | | |
|---|---|---|---|
| Aviall | 🗋 | | |
| Banca Nazionale del Lavoro | | ☆ | |
| Compass Bank | | | 💬 |
| KeyCorp | 🗋 | | 💬 |
| Postgirot Bank | | ☆ | 💬 |
| Southern Farm Bureau Casualty | 🗋 | ☆ | 💬 |
| State Auto Insurance | | ☆ | 💬 |
| Tarrant County | | ☆ | 💬 |
| The University of Mississippi | 🗋 | | |

Copyright 1997-2006 Mobius Management Systems Inc.  All rights reserved.  Legal ❖ Privacy ❖



CON



# Compliance  Content.  Control.

| Products | Solutions | Industries | Customers | Services | Company | News & Events |



## Customers

**Customers Overview**

**Customers by Company**

**Customers by Industry**

**Customers by Solution**

**Customer Zone**

**Customer Testimonials**

### Customer Zone

Mobius provides quality support 24 hours a day, 365 days a year for trial customers and licensed customers with a maintenance contract. All support processes are managed with the goal of ensuring total customer satisfaction.

Mobius provides a complete range of support and services to maximize your technology investment.

- **Customer Support**
- **Product Information and Service Center**
- **Professional Services**
- **Education Center**

Copyright 1997-2006 Mobius Management Systems Inc. All rights reserved. Legal ✦ Privacy ✦



CON

# Compliance. Content. Control.

| Products | Solutions | Industries | Customers | Services | Company | News & Events |

## Customers

**Customers Overview**

**Customers by Company**

**Customers by Industry**

**Customers by Solution**

**Customer Zone**

**Customer Testimonials**

### Customers by Company

Learn more about why companies like yours are choosing Mobius content management solutions to reduce costs, drive customer service and self-services to superior levels and leverage technology investments.

Banking & Financial Services          Services
Insurance                             Government / Education
Manufacturing

## Banking & Financial Services



"Our existing archiving system would not have been sufficient to handle the special, new demands of our business with regard to volume growth, flexibility and technological viability. We searched for a healthy, globally active company with many years of experience in the market, a company that had already successfully completed projects with similarly large volumes of highly sensitive data. Mobius met these requirements and offered partnerships with solution providers and consulting firms with whom we were already working."

**Postbank Systems AG**
Dr. Thomas Mangel,
Director of IT

"Our goals for this initiative were to enhance the customer experience, improve sales performance, streamline operational processes and leverage the Internet as a delivery channel. We've succeeded in all of these areas."

**KeyCorp**
Allyn Pytel
Senior Vice President of Media and Output Management

"We wanted to have just one electronic archive to support our requirements for regulatory compliance, internal operations and customer service.  With the ViewDirect integrated content repository as the cornerstone, we've achieved that objective."

**KeyCorp**
David Harris
Vice President and Division Manager

KeyCorp rings up $12 million annual hard savings with enterprise-wide content management while customer service improves



"We needed a solution that was easy to use and could handle our document and report distribution volumes not just today, but well into the future.  Our diverse user base tested several viewing and retrieval tools and the Mobius software was rated the most user friendly. In addition, the Mobius solution can easily scale up even if we need to substantially grow our report or customer volumes. That's why we chose Mobius."

**BankBoston**
(merged with Bank of America)
Edwin Kane
Senior Group Manager of Information Delivery Services

---



"The changes we made with the Mobius system mean that
we are once again on the cutting edge of service
performance in our industry"

**Postgirot Bank AB (now PlusGirot)**
Roland Lowling
EDP manager

---



"The Mobius solution will allow us to deliver customer
information such as statements, confirmations and
1099s to our branch users much faster and more effectively than we were able to do
previously. And the reduction in the amount of paper and number of CDs produced will
rapidly pay for the system."

**Raymond James**
Grace Winter
Assistant Vice President of Archival Systems

---



"We can offer our corporate customers same-day
access to captured check images, enabling them to do
faster research for check fraud, return check decisions
and exceptions reporting. Our retail customers can walk into any branch and get an
instant reprint of a check or statement - a process that used to take 5-10 days."

**Compass Bank**
Eston Fain
Senior Vice President

---



"Mobius has been a good vendor for us to work with. They
have always been very innovative and that's one of the
things I like - as we continue to expand and grow our
business, they're doing the same with their products and
services"

**Sallie Mae**
Linda Rowan
Manager of Production Control

## Insurance

---



"ViewDirect helps make us more responsive
to customers and more nimble in making
decisions. One of our most important goals is
to leverage the Web and get information out more quickly. This software will also
save us an estimated $600,000 a year in the costs of paper, printing and postage-
savings that we can use to make our systems and customer relationships stronger"

*Farmers*
*Riko C. Metzroth*
*Vice President, e-Business*

---



"One of the most important  ways we do
this is to leverage automation to make
all agency interactions with the company
efficient and effective. ViewDirect has
been essential to the success of our automation initiatives by making critical
information and documents available on demand to both agents and employees while
helping us manage expenses."

**Meridian Security, a State Auto subsidiary**
Kim Bailey
Vice President and Director of the Information Resources Division

---

FARM
BUREAU

"Mobius technology was the natural choice for our transition
from paper to electronic documents because of its ability to
manage different document types, including scanned images,

and to handle large volumes of data with multiple viewing options - including Internet viewing. With instant electronic access to our customers' records, we will be able to provide faster, better service to our customers and reduce the time to process claims, all without increasing staff."

**Southern Farm Bureau Casualty Insurance Company**
Mickey Nugent
Vice President of Operations



"With the ViewDirect technology provided by Mobius, I am confident that we can attend to customer inquires in a more timely manner to provide superior customer service, while allowing AIG Life Insurance to enhance productivity and efficiency."

**AIG Life Insurance**
Jim Bambrick
Senior Vice President and COO



"Our final choice of Mobius ViewDirect technology was made by technical evaluation, when we installed and started to use ViewDirect along with other software solutions. ViewDirect was clearly superior."

**Médéric Prévoyancel**
Dominique Laurencin
Chief Information Manager

## Manufacturing



"Fingertip access and the ability for multiple people to view the same document simultaneously have streamlined our internal operations and allowed us to provide faster processing and resolution of customer inquiries."

**Simmons Company**
Wade Vann
CIO



"We used to have to sift through several files, sometimes in different databases, which could take between 20 and 30 minutes. The ViewDirect archive is an essential component of the new working methodology at Brose, putting the paperless office and desk sharing at the forefront."

**Brose**
Rainer Förster
IT executive responsible for workflow, archiving and document access.

"Among the capabilities that impressed us most about ViewDirect were the breadth of its solutions for leveraging enterprise content, its interoperability with our current systems and Mobius's ability to provide strong support in Australia. We are confident that we have chosen a system that will serve our needs well into the future."

**SEW Eurodrive**
David O'Halloran
General Manager of Finance, Australia

## Services



"Northeast Utilities customers with access to the Internet can now electronically receive, pay, store and retrieve electric bills through one central Web site, making the bill payment process completely paperless. Our customers no longer have to write checks, purchase stamps or travel to a mailbox or

the post office. We believe we are providing a very useful and convenient service."

**Northeast Utilities**
Kevin T. Charette
Director of Customer Services

 "ViewDirect has provided us with a complete solution for managing our enterprise output. It has allowed our operations personnel to automate their exception reporting, which will save us 50-100 hours a week. But the biggest improvement we have seen is at month's end. We were running in excess of 500 reports and now we have eliminated most of those reports. Now we simply run larger reports and ViewDirect splits them apart and sends the specific data to the appropriate people. We simply put the information in the hands of the key people more quickly."

**Pilot Corporation**
David DePrimo
Manager of Corporate Systems

## Government and Education

 "To find a records management system that would meet our current and future needs, it was necessary to select a solution that could operate on existing County networks. It also needed to be highly scalable, platform- and media-independent and able to provide online viewing of any record, especially scanned images of many types. The ViewDirect solution from Mobius was the answer."

**TarrantCounty**
LarryVick
Records Management Officer

### EPSRC

Engineering and Physical Sciences Research Council

"The solution was also chosen because of its ease of implementation-EPSRC didn't have to make large expenditures for services when implementing the system. The beauty of the product is that it leaves all our documents on the SharePoint server. A lot of other solutions insist on taking the documents and putting them in their own repository"

**EPSRC**
Chris Moulsley
Head of Proprietary and SharePoint Systems

Copyright 1997-2006 Mobius Management Systems Inc. All rights reserved. Legal ⊹ Privacy ⊹



MANUFACTURING

# BROSE

CUSTOMER SUCCESS

ARCHIVING
WITHOUT LIMITS



*Faced with heavy competition in the automobile industry and increased cost pressures, Brose began implementing a new working model in early 2001 to improve the effectiveness and efficiency of business processes. Brose turned to Mobius for a Web-based archive that would consolidate its existing, diverse storage systems and provide tight integration with SAP® R/3™. The enterprise-wide ViewDirect® archive, now used by 2,200 SAP users at Brose sites worldwide, delivered a return on investment in just eight months and has become an essential component of the company's new working methodology.*

The Brose Group, headquartered in Coburg, Germany, is a partner of the international automotive industry, supplying products for more than 40 vehicle brands and leading seat producers. Some 8,000 employees working at more than 30 locations in 20 countries worldwide develop and produce electro-mechanical components and systems for automobile doors and seats. Every fourth vehicle produced worldwide is equipped with a Brose product.

According to Brose, "just-in-time" manufacturing has evolved. Today, it is a "just-insequence" methodology that delivers parts to the assembly line in exactly the sequence in which they will be installed. When the body of a car is ready, the vehicle manufacturer issues a release order to Brose that specifies the time window—sometimes as little as two hours—for delivering the door system to the assembly line. To support this optimized supply chain methodology, Brose needed access to information more quickly than was possible with multiple, diverse repositories and turned to Mobius and *ViewDirect* for the solution.

### Consolidating Information Across the Enterprise

Consolidating information was crucial in making it available quickly. Searching for information that might be stored in paper files, a legacy archive, diverse file servers, or tape archives was no longer workable. "We used to have to sift through several files, sometimes in different databases, which could take between 20 and 30 minutes," says Rainer Förster, the Brose IT executive responsible for workflow, archiving and document access.

**Headquarters**
► Coburg, Germany

**Profile**
► Leading global supplier of components and systems for vehicle doors and seats for more than 40 vehicle brands, with facilities in 20 countries

**Solution Summary**
► Web-based integrated repository for diverse information
► SAP R/3 integration
► End-to-end solution via a single vendor



brose
Technik für Automobile

MANUFACTURING

# BROSE

Additional motivation for change arose from regulatory requirements such as GDPdU (regarding the digital audit of operating results) and the Sarbanes-Oxley Act, for which an archive of tamper-proof electronic documents was needed.

The selection of *ViewDirect* was based on the ability to provide a fully scalable, Web-based total content management solution. Between 80,000 and 100,000 documents are now stored in the archive each month. The documents, which originate from approximately 7,000 directories, flow in directly from SAP and other applications, as well as in the form of scanned paper documents.

*We used to have to sift through several files, sometimes in different databases, which could take between 20 and 30 minutes. Today, the same task can be done in seconds.*

Among them are all types of documents associated with SAP files, from the invoice to the CAD drawing. *ViewDirect* also manages all inbound and outbound human resources, supply-demand, multimedia and finance-related images and reports and associates them with SAP business objects including purchase orders and employee, customer, and vendor records.

"The *ViewDirect* archive is an essential component of the new working methodology at Brose, putting the paperless office and desk sharing at the forefront," explains Förster.

### Reliable Performance and Easy Implementation

Storing R/3 data in the *ViewDirect* archive keeps the performance of the ERP system at a high and stable rate. Brose produces vast amounts of data on a daily basis. For example, to support the "just-in sequence" supply chain, each action in an SAP workflow process produces an item that is archived, such as "release order received," "in pre-assembly," "ready," "on rack XX," or "dispatched." These items are extracted from the online SAP database and stored in the *ViewDirect* archive, reducing the size of the online database and maintaining peak system performance.



Förster and his colleagues from the Central Organization and Information Systems department put the new *ViewDirect* system through three months of rigorous testing. After testing, it was introduced to the finance and accounting department in only three months. "We were pleasantly surprised that we could go live so quickly," Förster recalls.

### Benefits

- ▸ Enterprise-wide information integration
- ▸ Integration with SAP R/3 and SAP Workflow
- ▸ Faster document retrieval
- ▸ Improved business process efficiencies
- ▸ Reduced operating costs
- ▸ Easier regulatory compliance

MANUFACTURING

# BROSE

### Integration with SAP

*ViewDirect* was integrated into the existing software infrastructure, which consists of an SAP R/3 application server, based on IBM AIX, where the archive connects to a Windows 2000 Web server via a standardized SAP ArchiveLink interface. In addition, there are two storage installations: an Oracle database, running on IBM AIX with an online capacity of 5 GB and a storage-area network (SAN) with a Tivoli application and several tamper-proof storage devices. Both storage systems are connected to a Windows 2000 document server that accommodates the *ViewDirect* archive and provides standard interfaces to other applications such as Microsoft Office products, Exchange, and COLD.

Users can search for documents via SAP DocFinder or via *e-Search & View*, a component of *ViewDirect* that uses the existing SAP authorization process to validate access to the archive. Brose does not have to maintain a separate authentication process for the archive.

"It is unparalleled," says Rainer Förster, who finds that when he talks with colleagues who use other archive systems, "these are the very features missing from other archives for process integration with

*...ViewDirect has enabled us to achieve payback from our investment in the archiving system in only eight months.*

R/3." Förster believes Brose is now well positioned in the automotive sector. "We can implement our SAP processes somewhat more tidily, more easily, and more quickly."

### Bottom Line: Quick ROI and Competitive Advantage

Brose's enterprise-wide *ViewDirect* archive is now accessible by 2,200 SAP users at Brose sites in 20 countries worldwide. The rigid structure of the traditional office workplace has given way to one that offers flexibility—and dramatic payoff. Operating costs have been dropping and employee efficiency has improved since the introduction of the system. Time spent searching for documents has also declined significantly. According to Förster, "The same task that used to take between 20 and 30 minutes can now be done in seconds. In addition, employees can now answer queries directly on the phone. Before customers had to be called back."

Förster adds that he and his colleagues are shuffling less paper and need less filing space. "All benefits considered, *ViewDirect* has enabled us to achieve payback from our investment in the archiving system in only eight months."



**International Offices**

Australia: +61 2 9955 8311

Canada: 905 361 2858

France: +33 1 53 43 64 83

Germany: +49 811 99 876 0

Italy: +39 02 4853491

Japan: +81 3 3556 7350

Netherlands: +31 306 30 0121

Sweden: +46 8 555 41075

Switzerland: +41 1 772 14 40

U.K.: +44 1784 484700

### About Mobius

Mobius is a leading provider of content and records management solutions that support regulatory compliance, automate business processes and integrate content and records across the enterprise. Mobius solutions have achieved industry-wide recognition for breadth of functionality, breadth of supported formats, and high-volume, high-demand performance.



MOBIUS

Mobius Management Systems, Inc.
120 Old Post Road · Rye, New York 10580
T: 914.921.7200 · F: 914.921.1360
www.mobius.com

© Copyright 2006. Mobius Management Systems, Inc. All rights reserved. All trademarks are the property of their respective owners.    06.13.06.IHP    CS-001



GOVERNMENT

# EPSRC

CUSTOMER SUCCESS

## END-TO-END DOCUMENT AND RECORDS LIFECYCLE MANAGEMENT



*When faced with the UK's Modernizing Government program, the Engineering & Physical Sciences Research Council (EPSRC) turned to Mobius and Microsoft for an electronic document and records management system (EDRMS). Today, the joint solution of ViewDirect® Records Management and SharePoint offers EPSRC's 350 users an integrated solution for document and records management.*

The Engineering and Physical Sciences Research Council (EPSRC) is the UK's main agency for funding research and training in engineering and the physical sciences, investing around £500 million a year. The areas covered range from information technology to structural engineering, mathematics and materials science. This research forms the basis for future economic development in the UK and improvements for everyone's health, lifestyle and culture.

EPSRC also actively promotes public awareness of science and engineering. EPSRC works alongside other research councils with responsibility for other areas of research. The research councils work collectively on issues of common concern via Research Councils UK.

### Modernizing Government

The UK government's mandate for modernizing government required all government departments to have an electronic records management system for all newly created records in place before the end of 2004. EPSRC knew that it had to protect its corporate memory and ensure that its chosen solution was robust, flexible and familiar to its 350 users.

Chris Moulsley, head of Proprietary and SharePoint Systems explains: "As a government department, EPSRC had to follow the strict guidelines set by The National Archives. Their published document called "e-Government Policy Framework for Electronic Records Management" was the starting point for us in ensuring that we sourced and implemented a solution that would meet their requirements."

Within this framework document, it is clear that electronic records management is a key technology underpinning electronic government. EPSRC needed a solution that supported:
► Efficient joint working, information exchange and interoperability between departments.

**Headquarters**
► Swindon, UK

**Profile**
► The UK's main agency for funding research in engineering and the physical sciences

**Solution Summary**
► Integrated document and records management system



## EPSRC
Engineering and Physical Sciences Research Council

GOVERNMENT

# EPSRC

- Evidence-based policy making by providing reliable and authentic information for the evaluation of past actions and decisions
- Effective implementation of Freedom of Information and other information policy legislation, through the good organization of records
- Knowledge management across the organization by making reliable information available for sharing, extraction and summarization
- Ability to prove the authenticity of records and supporting legal admissibility

Chris Moulsley adds: "Meeting eGovernment guidelines was a main driver behind our search for a records management solution. The way we were operating meant that our corporate memory was dissipated. An increasing use of e-mail and network drives that were all managed on a personal or group level meant that we needed to take action if we were to adhere to the government guidelines for an electronic records management system."

With data held in disparate systems, including Microsoft Exchange, SharePoint, file servers, EPSRC's business-critical systems including the NEXUS grant processing system and the SmartStream financial system provided by GEAC, finding information quickly was more difficult than EPSRC would have liked. With 2004 approaching, it became a priority to improve information sharing and reduce paperwork,

*With the joint solution from Mobius and Microsoft, we are now able to unlock the content that was previously more difficult to access.*

while at the same time managing the growing number of official records with secure electronic processes.

Compliance with the Freedom of Information Act (FOI) was also part of the eGovernment initiative. This regulation forces public bodies to respond in writing within 20 working days to specific requests by any individual for the provision of information. Chris Moulsley adds: "Making the move to a complete EDRMS solution, has helped us comply with FOI. At the end of the day we wanted a system that could provide knowledge and document management, collaboration and records management in one seamless system."

**EDRMS Made Easy**



As a heavy user of Microsoft technology, EPSRC knew that its EDRMS solution had to integrate with existing platforms and operating systems. Chris Moulsley explains: "We are a 'Microsoft shop' and all homegrown development takes place on the .NET platform, Windows 2003 and SQL Server 2000. After further investigation, Microsoft SharePoint fulfilled our document management and collaboration requirements." Having chosen SharePoint as its document management solution, EPSRC began looking for a records management solution that would integrate with SharePoint. "We always

**Payback**
- Compliance with government mandate for electronic records
- Quicker handling of FOI requests
- Reliable capture of records and restoration of corporate "memory"
- Increased security
- Easier document search and retrieval

GOVERNMENT

# EPSRC



maintained that we wanted end users to be able to author, version and publish documents and declare those documents as records if required, without leaving the SharePoint environment," adds Chris Moulsley.

EPSRC looked at a few solutions that supported SharePoint and selected *ViewDirect RM for SharePoint* because of its seamless integration with SharePoint, its simple implementation, and user friendliness. Chris Moulsley elaborates: "We had a five-second rule when it came to declaring records. If a user couldn't declare a document that he or she had published as a record within five seconds, then we wouldn't consider the solution. *ViewDirect RM for SharePoint* passed this test with flying colors.

The solution was also chosen because of its ease of implementation—EPSRC didn't have to make large expenditures for services when implementing the system. *ViewDirect's* ability to manage paper records held in physical archives was also a major factor in EPSRC's choice. "The beauty of the product is that it leaves all our documents on the SharePoint server. A lot of other solutions insist on taking the documents and putting them in their own repository. With *ViewDirect RM for SharePoint*, we are given the choice and can keep all our documents in one repository, allowing us to see all documents and search for relevant information in one place."

Already certified to the US Department of Defense DoD 5015.2 standard, *ViewDirect Records Manager* is also about to be certified against The National Archives, the UK body that advises government departments on best practice in records management. Chris Moulsley adds: "The fact that *ViewDirect RM for SharePoint* was already certified for DoD 5015.2 was a real tick in the box for us. We had to be sure that we entrusted our sensitive documents to a robust records management system."

### Bottom Line

Today *ViewDirect RM for SharePoint* supports around 350 users, with all records being declared and managed within the SharePoint environment. Chris Moulsley says: "Our users don't even realize they are using another product when declaring records. The user just hits 'save as SharePoint document' from within Word or Excel and is then given the option to apply retention rules to the record."



Recent statistical evidence claims that around 20% of EPSRC's content base is declared as records. With all documents and records held in one central place, search and retrieval to fulfill FOI requests or simply to find documents can happen from one single point of access. Chris Moulsley continues: "Our records represent an explicit corporate memory for EPSRC. With the joint solution from Mobius and Microsoft, we are now able to unlock the content that was previously more difficult to access. This has enabled the more effective sharing of information and contributed to our knowledge base within the organization. The whole of EPSRC benefits from our EDRMS solution and we satisfy the UK Modernizing Government initiative."

**International Offices**

Australia: +61 2 9955 8311

Canada: 905 361 2858

France: +33 1 53 43 64 83

Germany: +49 811 99 876 0

Italy: +39 02 4853491

Japan: +81 3 3556 7350

Netherlands: +31 306 30 0121

Sweden: +46 8 555 41075

Switzerland: +41 1 772 14 40

U.K.: +44 1784 484700

### About Mobius

Mobius is a leading provider of content and records management solutions that support regulatory compliance, automate business processes and integrate content and records across the enterprise. Mobius solutions have achieved industry-wide recognition for breadth of functionality, breadth of supported formats, and high-volume, high-demand performance.



**Mobius Management Systems, Inc.**

120 Old Post Road • Rye, New York 10580

T: 914.921.7200 • F: 914.921.1360

www.mobius.com

© Copyright 2006, Mobius Management Systems, Inc. All rights reserved. All trademarks are the property of their respective owners.   06.13.06  IHP  CS-004



BANKING

# ICCREA BANCA

CUSTOMER SUCCESS

## STREAMLINING INTERNAL PROCESSES

*When Italy's second largest bank required an alternative to their paper-based report management methods and needed to streamline their internal processes, they turned to Mobius. Today, ViewDirect ensures the delivery of business-critical information to ICCREA Banca's 3,600 branches throughout Italy and Workflow Manager automates its internal processes through easy-to-use workflow applications.*



ICCREA Banca, Italy's second largest bank, is a bank with a difference. It performs a pivotal role in exchanging and consolidating financial data and information between the various parties involved and the Italian Central Bank, acting as a hub and clearing house for 500+ cooperative member banks (BCCs) and other banking sectors in Italy. ICCREA's role is threefold: it acts as a service centre, an applications centre and the intermediary between the cooperative member banks. The cooperative banks in turn provide banking services to even the remotest Italian towns, with over 3,600 service counters throughout Italy.

### Improvements in Daily Report Management

ICCREA Banca's complex network of transactions between remote banks and Italy's Central Bank called for a robust solution that could archive daily transactions and deliver critical reports to the various branches throughout Italy.

Five years ago, ICCREA was distributing 50 million pages of critical reports per year on paper. These paper reports contain important banking transactions such as the purchase of stocks and shares, account statements, internal reconciliation reports, confirmations of payments and purchases, and more. All transactions are internal, i.e., between ICCREA and the cooperative member banks, and most critical of all are documents that certify the purchase of the stock to the buyer.

The costs of paper and postage alone were very high, but more critical to ICCREA was not knowing if a report had been received and read. Mauro Sassara, IT Services Delivery Manager at ICCREA, explains: "With the Italian postal system, there was a very high risk that reports were not received and indeed lost in the post. We needed to find a way to ensure that this information was sent to and received by our banks. The solution also had to be both auditable and easy to use."



### Headquarters
 ► Rome, Italy

### Profile
 ► The second largest bank in Italy, acting as a service centre, an applications centre and the intermediary between 500+ cooperative member banks.

### Solution Summary
 ► Highly scalable, application-independent repository
 ► Online viewing of all reports and business-critical transactions
 ► Invoice automation workflow application