# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE



LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

June 27, 2007

Kurt M. Heyman, Esquire
Proctor Heyman
1116 West Street
Wilmington, DE 19801

Mary B. Graham, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Re: **Mobius Management Systems, Inc. v. Acartus, Inc. and EMC Corp., C.A. No. 05-346-SLR**

Dear Counsel:

The court is in receipt of a letter dated June 25, 2007, asking for the above referenced case to be stayed "indefinitely" and referred to Judge Thynge or another judicial officer in order to facilitate settlement. The matter has been referred to Judge Thynge through the original scheduling order; the parties are free to contact her and see if she has any time to help them with settlement. Although the court was prepared to issue its decision on defendants' motion for summary judgment yesterday (given the pretrial conference scheduled for next week), in the interests of promoting settlement, the court will stay the case to allow the settlement process to go forward. The parties shall report to the court the status of the negotiations within 120 days.

Cordially,

Sue L. Robinson

cc: Clerk of Court