# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBIS MANAGEMENT SYSTEMS, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-346-SLR |
| : | |
| ACARTUS, INC., : | |
| : | |
| Defendant. : | |

## ORDER

At Wilmington this **9th** day of **July, 2007,**

IT IS ORDERED that a teleconference has been scheduled for **Thursday, July 12, 2007 at 10:00 a.m.** with Magistrate Judge Thynge to discuss the status of the case and the parties' interest in court-assisted ADR.  **Kurt M. Heyman, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE