IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBIS MANAGEMENT SYSTEMS, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-346-SLR |
| ACARTUS, INC., | : |
| Defendant. | : |

## ORDER

At Wilmington this 5th day of **September, 2007,**

IT IS ORDERED that a continuation of the mediation is scheduled for **Tuesday, September 18, 2007** at **10:00 a.m. Dress for the mediation is business casual.** Representatives may participate by telephone. Counsel shall be present in person.

Those representatives and/or decision-makers of the parties who participate must have full authority to act on behalf of the parties, including the authority to negotiate a resolution of the matter.

Those participating in the mediation conference shall be available and accessible throughout the process. The Court expects the parties' full and good faith cooperation with the mediation process.

Because this is a continuation of the mediation process the confidentiality provisions of paragraph 8 of the Order of July 13, 2007 remain in effect.

Local counsel are reminded of their obligations to inform out-of-state

FILED

SEP - 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE