# PROCTOR HEYMAN LLP
### ATTORNEYS AT LAW

1116 WEST STREET · WILMINGTON, DELAWARE 19801
TEL: 302.472.7300 · FAX: 302.472.7320 · WWW.PROCTORHEYMAN.COM

Direct Dial: (302) 472-7302
E-mail: kheyman@proctorheyman.com

October 19, 2007

**VIA E-FILING
& HAND DELIVERY**

The Honorable Sue L. Robinson
US District Court for the
District of Delaware
844 North King Street
Lock Box 31
Wilmington DE 19801

RE:  *Mobius Management Systems, Inc. v. Acartus, Inc. and EMC Corp.*
C.A. No. 05-346 SLR

Dear Judge Robinson:

We represent the plaintiff in this action. On behalf of all parties, I write to advise Your Honor that the parties have reached an agreement in principle to settle this matter. The parties are working on preparing a settlement agreement and stipulation of dismissal, which they hope to complete in the next several weeks.

Counsel are available should Your Honor have any questions.

Respectfully,

Kurt M. Heyman (# 3054)

KMH/daa
cc:   Clerk, U.S. District Court (via hand delivery)
      Mary B. Graham, Esquire (via e-filing)
      Paul D. Popeo, Esquire (via e-mail)
      Jonathan M. Wagner, Esquire (via e-mail)

#31422-1