IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MOBIUS MANAGEMENT SYSTEMS, INC., :
                                  :
                  Plaintiff,      :
                                  :
         v.                       :     C.A. No. 05-346 SLR
                                  :
ACARTUS, INC. and EMC CORPORATION, :
                                  :
                  Defendants.     :

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action and all claims asserted therein are dismissed with prejudice; each party shall bear its own costs and attorney's fees.

PROCTOR HEYMAN LLP                    MORRIS NICHOLS ARSHT &
                                      TUNNELL LLP


/s/ Kurt M. Heyman                    /s/ Mary B. Graham
Kurt M. Heyman (# 3054)              Mary B. Graham (# 2256)
E-mail: kheyman@proctorheyman.com    E-mail: mgraham@mnat.com
Patricia L. Enerio (# 3728)          Chase Manhattan Center, 18th Floor
E-mail: penerio@proctorheyman.com    1201 North Market Street
1116 West Street                     Wilmington, DE 19899-1347
Wilmington, DE 19801                 (302) 658-9200
(302) 472-7300                       Attorneys for Defendants
Attorneys for Plaintiff

OF COUNSEL:                           OF COUNSEL:

KRAMER LEVIN NAFTALIS                 CHOATE, HALL & STEWART LLP
  & FRANKEL LLP                       Robert S. Frank Jr.
Randy Lipsitz                         Paul D. Popeo
Jonathan M. Wagner                    G. Mark Edgarton
Marjorie E. Sheldon                   Two International Place
1177 Avenue of the Americas          Boston, MA 02110
New York, NY 10036                    (617) 248-5101
(212) 715-9100

                                      SO ORDERED this ___ day of November, 2007.


                                      _____
                                      The Honorable Sue L. Robinson
                                      United States District Judge

## CERTIFICATE OF SERVICE

Kurt M. Heyman, Esquire, hereby certifies that on November 28, 2007, copies of the foregoing Stipulation for Dismissal were served via electronic filing:

> Mary B. Graham, Esquire
> Morris, Nichols, Arsht & Tunnell
> 2101 North Market Street
> Wilmington, DE 19801

*/s/ Kurt M. Heyman*
_____
Kurt M. Heyman (# 3054)